AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas__ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br><br>Klausner Technologies, Inc. | | DEFENDANT<br><br>Verizon Wireless, Verizon Data Services, LLC, Bell Atlantic Communications, Inc., Citrix Systems, Inc., Comverse, Inc., Cox Communications, Inc., Embarq Communications, Inc., Google, Inc., GrandCentral Communciations, Inc., LG Electronics Mobilecomm U.S.A., Inc., PhoneFusion, Inc., RingCentral, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,572,576 | 11/5/1996 | Klausner Technologies, Inc. |
| 2 | 5,283,818 | 2/1/1994 | Klausner Technologies, Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy