UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 6:08cv341

Name of party requesting extension: Google, Inc.

Is this the first application for extension of time in this case? ☑ Yes
☐ No

If no, please indicate which application this represents: ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 8/28/08

Number of days requested: ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 10/17/08   *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Nicholas H. Patton

State Bar No.: 15631000

Firm Name: Patton, Tidwell & Schroeder, LLP

Address: 4605 Texas Blvd.
Texarkana, TX 75503

Phone: 903.792.7080

Fax: 903.792.8233

Email: nickpatton@texarkanalaw.com

A certificate of conference does not need to be filed with this unopposed application.