UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 6:08-cv-341

Name of party requesting extension: Citrix Systems, Inc.

Is this the first application for extension of time in this case?    ☑ Yes
☐ No

If no, please indicate which application this represents:    ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 08/27/2008

Number of days requested:    ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 10/16/2008  *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: Neil J. McNabnay
State Bar No.: 24002583
Firm Name: Fish & Richardson P.C.
Address: 1717 Main Street
Suite 5000
Dallas TX 75201
Phone: 214-747-5070
Fax: 214-747-2091
Email: njm@fr.com

A certificate of conference does not need to be filed with this unopposed application.