UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

***CASE AND DEADLINE INFORMATION***

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?   Yes
                                                                    No

    If no, please indicate which application this represents:   Second
                                                                                     Third
                                                                                     Other _____

Date of Service of Summons:

Number of days requested:      30 days

                                15 days

                                Other \_\_\_\_\_ days

New Deadline Date:              *(Required)*

***ATTORNEY FILING APPLICATION INFORMATION***

    Full Name:
    State Bar No.:
    Firm Name:
    Address:


    Phone:
    Fax:
    Email:

A certificate of conference does not need to be filed with this unopposed application.