UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 6:08-cv-341

Name of party requesting extension: Cox Communications Inc.

Is this the first application for extension of time in this case?   ☑ Yes
                                                                    ☐ No

If no, please indicate which application this represents:   ☐ Second
                                                             ☐ Third
                                                             ☐ Other _____

Date of Service of Summons: 08/26/2008

Number of days requested:   ☑ 30 days
                            ☐ 15 days
                            ☐ Other _____ days

New Deadline Date: 10/16/2008  *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: Jon Pierce
State Bar No.: 24046631
Firm Name: Kilpatrick Stockton LLP
Address: 1001 West Fourth Street
         Winston-Salem, NC  27101-2400

Phone: 336-607-7503
Fax: 336-734-2638
Email: jpierce@kilpatrickstockton.com

A certificate of conference does not need to be filed with this unopposed application.