UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:08-cv-341

Name of party requesting extension: Comverse, Inc.

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 08/27/2008

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 10/16/2008 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Doug McClellan

State Bar No.: 24027488

Firm Name: Weil, Gotshal & Manges LLP

Address: 700 Louisiana, Suite 1600
Houston, Texas 77002

Phone: 713-546-5000

Fax: 713-224-9511

Email: doug.mcclellan@weil.com

A certificate of conference does not need to be filed with this unopposed application.