# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES INC.** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | |
| **VERIZON WIRELESS, VERIZON** § | |
| **DATA SERVICES LLC, BELL** § | |
| **ATLANTIC COMMUNICATIONS,** § | |
| **INC., CITRIX SYSTEMS, INC.,** § | **CASE NO. 6:08 CV 341** |
| **COMVERSE, INC., COX** § | |
| **COMMUNICATIONS, INC., EMBARQ** § | |
| **COMMUNICATIONS, INC., GOOGLE,** § | |
| **INC., GRANDCENTRAL** § | |
| **COMMUNICATIONS, INC., LG** § | |
| **ELECTRONICS MOBILECOMM** § | |
| **U.S.A., INC., PHONEFUSION, INC.** § | |
| **and RINGCENTRAL, INC.** § | |
| § | |
| Defendants. § | |

## ORDER

The Court **ORDERS** the Plaintiff to file a notice that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion. The notice shall include a list of any pending motions to dismiss or transfer.

**So ORDERED and SIGNED this 10th day of September, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**