IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**KLAUSNER TECHNOLOGIES, INC.,**

　　　　　　　　　　Plaintiff,　　　　Civil Action No. 6:08-cv-00341-LED

vs.　　　　　　　　　　　　　　　**JURY TRIAL DEMANDED**

**VERIZON WIRELESS (CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS),** et al.,

　　　　　　　　　　Defendants.

_____/

## NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

　　Undersigned counsel hereby appears as lead counsel for PhoneFusion, Inc. ("PhoneFusion") in this action and respectfully requests that copies of all pleadings, motions, orders, discovery, and other papers be served upon undersigned counsel at the address set forth below, and that all hearings and oral discovery be coordinated with counsel prior to being scheduled.

　　　　　　　　　　　　　/s/ Ronald J. Marlowe
　　　　　　　　　　　　　Ronald J. Marlowe (Lead Attorney)
　　　　　　　　　　　　　Florida Bar No. 435971
　　　　　　　　　　　　　ARNSTEIN & LEHR LLP
　　　　　　　　　　　　　302 Knights Run Ave., Suite 1100
　　　　　　　　　　　　　Tampa, FL 33602
　　　　　　　　　　　　　(813) 254-1400
　　　　　　　　　　　　　(813) 574-5114 (facsimile)
　　　　　　　　　　　　　rjmarlowe@arnstein.com
　　　　　　　　　　　　　ATTORNEYS FOR PHONEFUSION, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was served on September 11, 2008, system on the Clerk of Court using the the CM/ECF System which will serve all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D).

/s/Ronald J. Marlowe
Ronald J. Marlowe