UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 6:08-cv-341

Name of party requesting extension: PhoneFusion, Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 08/28/2008

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 10/17/2008 *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: Ronald J. Marlose

State Bar No.: 435971 (Florida)

Firm Name: Arnstein & Lehr LLP

Address: 302 Knights Run Ave.
Ste 1100
Tampa, FL 33602

Phone: (813) 254-1400

Fax: (813) 574-5114

Email: rjmarlowe@arnstein.com

A certificate of conference does not need to be filed with this unopposed application.