UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Klausner Technologies, Inc., a New York corporation, | |
| Plaintiff, | C.A. 6:08-cv-341 (LED) |
| vs. | |
| Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation, | Demand for Jury Trial. |
| Defendants. | |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Sean A. Luner, enters his appearance in this matter as counsel for Plaintiff, Klausner Technologies, Inc., for the purpose of receiving notices and orders from the Court.

1

Dated: September 10, 2008     Respectfully submitted,

By: /s/  Sean A. Luner
    Gregory S. Dovel
    California State Bar No. 135387
    Sean A. Luner
    California State Bar No. 165443
    Christin K. Cho
    California State Bar No. 238173
    DOVEL & LUNER, LLP
    201 Santa Monica Blvd., Suite 600
    Santa Monica, California 90401
    Telephone: (310) 656-7066
    Facsimile: (310) 657-7069
    E-mail: greg@dovellaw.com
    E-mail: luner@dovellaw.com
    E-mail: christin@dovellaw.com

**ATTORNEYS FOR PLAINTIFF,
KLAUSNER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of September, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served via electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Sean A. Luner
    Sean A. Luner