UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC,. | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 6:08-CV-00341-LED |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| VERIZON WIRELESS (CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS), et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that attorney Darin W. Deaver enters his appearance in this matter as Notice Counsel for Defendant Embarq Communications, Inc.

Respectfully submitted,

/s/Darin W. Deaver
Mark C. Nelson (Lead Attorney)
Texas State Bar No. 00793361
Darin W. Deaver
Texas State Bar No. 24040779
Christopher W. Reynolds
Texas State Bar No. 24051247
Sonnenschein Nath & Rosenthal LLP
1717 Main Street, Suite 3400
Dallas, Texas 75201-7395
Telephone: (214) 259-0901
Facsimile: (214) 259-0910
Email: mcnelson@sonnenschein.com
ddeaver@sonnenschein.com
creynolds@sonnenschein.com

**ATTORNEYS FOR DEFENDANT EMBARQ COMMUNICATIONS, INC.**

NOTICE OF APPEARANCE

1.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2008 I electronically filed the foregoing:

**NOTICE OF APPEARANCE**

with the Clerk of the Court by using the CM/ECF System which will serve all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D).

>     /s/Darin W. Deaver
>     Darin W. Deaver

14746564

**NOTICE OF APPEARANCE**

2.