UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Klausner Technologies, Inc., a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation, <br><br> Defendants. | C.A. 6:08-cv-341 (LED) <br><br> Demand for Jury Trial. |

**AGREED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF
KLAUSNER TECHNOLOGIES, INC. TO FILE ITS RESPONSE TO THE VERIZON
DEFENDANTS' MOTION TO TRANSFER TO THE EASTERN DISTRICT
OF NEW YORK PURSUANT TO THE FIRST-TO-FILE RULE**

COMES NOW, Plaintiff Klausner Technologies, Inc. seeking the Court's permission for an extension of time to submit Plaintiff Klausner Technologies, Inc.'s response to The Verizon Defendants' Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule (*See* Dkt. 7) and would respectfully show the Court as follows.

1

The Verizon Defendants' filed their Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule (*See* Dkt. 7) on August 29, 2008. The current deadline for Plaintiff Klausner Technologies, Inc. to respond is September 15, 2008. Plaintiff Klausner Technologies, Inc. has requested an extension up to and including October 15, 2008 to file its response. This extension of time is not being sought for the purpose of delay, but only for the reason that the extension is required to prepare an appropriate response to the Verizon Defendants' Motion. The Verizon Defendants do not oppose this motion.

WHEREFORE, Plaintiff Klausner Technologies, Inc. respectfully prays that the Court grant this Motion and permit Plaintiff Klausner Technologies, Inc. an extension of time to respond to The Verizon Defendants' Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule up to and including October 15, 2008.

Dated: September 12, 2008                    Respectfully submitted,

                                                                  By: /s/ Elizabeth L. DeRieux
                                                                         S. Calvin Capshaw, III
                                                                         State Bar No. 03783900
                                                                         Elizabeth L. DeRieux
                                                                         State Bar No. 05770585
                                                                         N. Claire Abernathy
                                                                         State Bar No. 24053063
                                                                         CAPSHAW DERIEUX, LLP
                                                                         1127 Judson Road, Suite 220
                                                                         Longview, Texas 75601
                                                                         Telephone: (903) 236-9800
                                                                         Facsimile: (903) 236-8787
                                                                         E-mail: ccapshaw@capshawlaw.com
                                                                         E-mail: ederieux@capshawlaw.com
                                                                         E-mail: chenry@capshawlaw.com

Gregory S. Dovel
California State Bar No. 135387
Sean A. Luner
California State Bar No. 165443
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 657-7069
E-mail: greg@dovellaw.com
E-mail: luner@dovellaw.com

**ATTORNEYS FOR PLAINTIFF,
KLAUSNER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of September, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served via electronic mail, facsimile transmission and/or first class mail on this same date.


/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux