Appendix K                                                    Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
__Tyler__ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 12 2008

DAVID J. MALAND, CLERK
BY ___DEPUTY___

1. This application is being made for the following: Case # __6:08-cv-34__
Style: __Klausner Technologies, Inc. v. Verizon Wireless, et. al.__
2. Applicant is representing the following party/ies: __RingCentral, Inc.__
3. Applicant was admitted to practice in __CA__ (state) on __Dec. 1997__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court. __yes__
5. Applicant is not currently suspended or disbarred in any other court. __correct__
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. __None.__
10. There are no pending grievances or criminal matters pending against the applicant. __correct.__
11. Applicant has been admitted to practice in the following courts:
__Supreme Ct. of California; N.D. California, Dist. of Columbia__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys." __correct__
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)). __correct__
14. Applicant understands that he/(she) is being admitted for the limited purpose of appearing in the case specified above only. __yes__

**Application Oath:**
I, __Melissa L. Basch__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __9/11/08__          Signature __[signature]__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Melissa L. Basch
State Bar Number California 190374
Firm Name: RingCentral, Inc.
Address/P.O. Box: 1 Lagoon Dr.
City/State/Zip: Redwood City, CA 94065
Telephone #: 650.472.4078
Fax #: 650.472.4078
E-mail Address: melissab@ringcentral.com
Secondary E-Mail Address: melissa_basch@yahoo.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **9/15/08**

*David Maland*

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0015154

## United States District Court
for the
Eastern District of Texas at Tyler

Date: **Friday, September 12, 2008**

Received from:

**RINGCENTRAL, INC**
**1 LAGOON DRIVE**
**SUITE 350**
**REDWOOD CITY, CA 94065**

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**
Case or other reference: **6:08-CV-341 LED**
Comments: **PHV FEE PAID FOR MELISSA L BASCH CHECK #5802**

Received by: **gg**