UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

***CASE AND DEADLINE INFORMATION***

Civil Action No.:

Name of party requesting extension:

| Is this the first application for extension of time in this case? | Yes |
| --- | --- |
| | No |
| If no, please indicate which application this represents: | Second |
| | Third |
| | Other _____ |

Date of Service of Summons:

| Number of days requested: | 30 days |
| --- | --- |
| | 15 days |
| | Other _____ days |

New Deadline Date:       *(Required)*

***ATTORNEY FILING APPLICATION INFORMATION***

Full Name:
State Bar No.:
Firm Name:
Address:



Phone:
Fax:
Email:

A certificate of conference does not need to be filed with this unopposed application.