UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

CASE AND DEADLINE INFORMATION

Civil Action No.: 6:08-cv-341
Name of party requesting extension: LG Electronics Mobilecomm U.S.A., Inc.
Is this the first application for extension of time in this case?   ✓ Yes
☐ No
If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 08-29-2008
Number of days requested:   ✓ 30 days
☐ 15 days
☐ Other _____ days
New Deadline Date: 10-18-2008 *(Required)*

ATTORNEY FILING APPLICATION INFORMATION

Full Name: Decker A. Cammack
State Bar No.: 24036311
Firm Name: Fish & Richardson P.C.
Address: 1717 Main Street, Suite 5000
         Dallas, TX  75201

Phone: 214-747-5070
Fax: 214-747-2091
Email: dmc@fr.com

A certificate of conference does not need to be filed with this unopposed application.