UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

***CASE AND DEADLINE INFORMATION***

Civil Action No.: 6:08cv341

Name of party requesting extension: GrandCentral Communications, Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 8/28/08

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 10/17/08       *(Required)*

***ATTORNEY FILING APPLICATION INFORMATION***

Full Name: Kurt Truelove

State Bar No.: 24013653

Firm Name: Patton, Tidwell & Schroeder, LLP

Address: P.O. Box 5398
         Texarkana, TX 75505-5398

Phone: 903.792.7080

Fax: 903.792.8233

Email: ktruelove@texarkanalaw.com

A certificate of conference does not need to be filed with this unopposed application.