IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC. § | |
| Plaintiff, § | |
| § | Civil Action No. 6:08-CV-00341-LED |
| v. § | JURY TRIAL DEMANDED |
| § | |
| VERIZON WIRELESS, ET AL § | |

## NOTICE OF APPEARANCE

RingCentral, Inc. (referred to herein as "RingCentral"), a Defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

> Scott E. Stevens
> Texas State Bar No. 00792024
> Stevens Law Firm
> P.O. Box 807
> Longview, Texas 75606
> Telephone: 903-753-6760
> Facsimile: 903-753-6761
> scott@seslawfirm.com

Respectfully submitted,

_Scott Stevens_ (signature)

Scott Stevens
State Bar No. 00792024
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas  75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com

Attorney for Defendant
RingCentral, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 2nd day of October, 2008.

Scott E. Stevens