UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Klausner Technologies, Inc., a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation, <br><br> Defendants. | C.A. 6:08-cv-341 (LED) <br><br> Demand for Jury Trial. |

# AGREED SECOND MOTION FOR EXTENSION OF TIME FOR PLAINTIFF KLAUSNER TECHNOLOGIES, INC. TO FILE ITS RESPONSE TO THE VERIZON DEFENDANTS' MOTION TO TRANSFER TO THE EASTERN DISTRICT OF NEW YORK PURSUANT TO THE FIRST-TO-FILE RULE

COMES NOW, Plaintiff Klausner Technologies, Inc. seeking the Court's permission for a second extension of time to submit Plaintiff Klausner Technologies, Inc.'s response to The Verizon Defendants' Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule (*See* Dkt. 7) and would respectfully show the Court as follows.

The Verizon Defendants' filed their Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule (*See* Dkt. 7) on August 29, 2008. The current deadline for Plaintiff Klausner Technologies, Inc. to respond is October 15, 2008. Plaintiff Klausner Technologies, Inc. has requested an additional extension up to and including October 27, 2008 to file its response. This extension of time is not being sought for the purpose of delay, but only for the reason that the parties are engaged in settlement discussions and such an extension will promote settlement. The Verizon Defendants do not oppose this motion.

WHEREFORE, Plaintiff Klausner Technologies, Inc. respectfully prays that the Court grant this Motion and permit Plaintiff Klausner Technologies, Inc. a second extension of time to respond to The Verizon Defendants' Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule up to and including October 27, 2008.

Dated: October 10, 2008                      Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
    S. Calvin Capshaw, III
    State Bar No. 03783900
    Elizabeth L. DeRieux
    State Bar No. 05770585
    N. Claire Abernathy
    State Bar No. 24053063
    CAPSHAW DERIEUX, LLP
    1127 Judson Road, Suite 220
    Longview, Texas 75601
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787
    E-mail: ccapshaw@capshawlaw.com
    E-mail: ederieux@capshawlaw.com
    E-mail: chenry@capshawlaw.com

Gregory S. Dovel
California State Bar No. 135387
Sean A. Luner
California State Bar No. 165443
Christin K. Cho
California State Bar No. 238173
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 657-7069
E-mail: greg@dovellaw.com
E-mail: luner@dovellaw.com
E-mail: christin@dovellaw.com

**ATTORNEYS FOR PLAINTIFF,
KLAUSNER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of October, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served via electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux