UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Klausner Technologies, Inc., a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation, <br><br> Defendants. | C.A. 6:08-cv-341 (LED) <br><br> Demand for Jury Trial. |

**ORDER GRANTING AGREED SECOND MOTION FOR EXTENSION OF TIME FOR PLAINTIFF KLAUSNER TECHNOLOGIES, INC. TO FILE ITS RESPONSE TO THE VERIZON DEFENDANTS' MOTION TO TRANSFER TO THE EASTERN DISTRICT OF NEW YORK PURSUANT TO THE FIRST-TO-FILE RULE**

On this day came to be considered the Agreed Second Motion for Extension of Time for Plaintiff Klausner Technologies, Inc. to File its Response to The Verizon Defendants' Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule, and the Court finding good cause supporting it, finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Agreed Second Motion for Extension of Time for Plaintiff Klausner Technologies, Inc. to File its Response to The Verizon Defendants' Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule is hereby GRANTED, and that Plaintiff Klausner Technologies, Inc. is permitted an additional extension to file its response to The Verizon Defendants' Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule up to and including October 27, 2008.

**So ORDERED and SIGNED this 14th day of October, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**