## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC. a New York corporation,<br><br>   Plaintiff,<br><br>     v.<br><br>VERIZON WIRELESS, VERIZON DATA SERVICES LLC, GOOGLE, INC., GRANDCENTRAL COMMUNICATIONS, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., PHONEFUSION, INC., RINGCENTRAL, INC., BELL ATLANTIC COMMUNICATIONS, INC., CITRIX SYSTEMS, INC., COMVERSE, INC., COX COMMUNICATIONS, INC., EMBARQ COMMUNICATIONS INC.,<br><br>   Defendants. | Civil Action No. 6:08-cv-341-LED<br><br>DEMAND FOR JURY TRIAL |

### DEFENDANT CITRIX SYSTEMS, INC.'S
### UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Citrix Systems, Inc. ("Citrix") files this Unopposed Motion for Second Extension of Time to Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

Citrix has requested and Plaintiff has agreed to an additional extension of Citrix's time to respond to Plaintiff's Complaint up to and including November 17, 2008.

A proposed Order granting this agreed motion is attached for the Court's convenience.

**DEFENDANT CITRIX SYSTEMS, INC.'S UNOPPOSED MOTION FOR
SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT – Page 1**

Dated: October 14, 2008					Respectfully submitted,

							FISH & RICHARDSON P.C.


							By: /s/ Neil J. McNabnay
							    Neil J. McNabnay
							    mcnabnay@fr.com
							    Texas Bar No. 24002583
							    1717 Main Street, Suite 5000
							    Dallas, TX  75201
							    (214) 747-5070 (Telephone)
							    (214) 747-2091 (Facsimile)

							Counsel for Defendant
							**CITRIX SYSTEMS, INC.**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 14, 2008 to all counsel of record.

							/s/ Neil. J. McNabnay
							Neil J. McNabnay

90311306.doc

**DEFENDANT CITRIX SYSTEMS, INC.'S UNOPPOSED MOTION FOR**
**SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT – Page 2**