UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

***CASE AND DEADLINE INFORMATION***

Civil Action No.:

Name of party you are representing:

Is this the first application for extension of time in this case?   Yes

   No

    If no, please indicate which application this represents:   Second

   Third

   Other  _____

Date of Service of Summons:

Number of days requested:   30 days

   15 days

   Other _____ days

<span style="color:red">New Deadline Date:</span>   <span style="color:red">*(Required)*</span>

***ATTORNEY FILING APPLICATION INFORMATION***

    Full Name:

    State Bar No.:

    Firm Name:

    Address:

    Phone:

    Fax:

    Email:

A certificate of conference does not need to be filed with this unopposed application.