# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Klausner Technologies, Inc., a New York corporation, | **6:08-cv-00341-LED** |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California corporation, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Ruffin B. Cordell, enters his appearance in this matter as counsel for Defendants Google Inc., GrandCentral Communications, Inc. and LG Electronics Mobilecomm U.S.A., Inc., for the purpose of receiving notices and orders from the Court.

1

Dated:  October 15, 2008                    Respectfully submitted,

By:   */s/ Ruffin B. Cordell*
     Ruffin B. Cordell (SBN 04820550)
     cordell@fr.com
     FISH & RICHARDSON P.C.
     1425 K Street N.W., 11th floor
     Washington, DC 20005-3500
     Telephone: 202-783-5070; Facsimile: 202-783-2331

     John W. Thornburgh *(pro hac vice appl. pending)*
     thornburgh@fr.com
     Brian Wacter *( pro hac vice appl. pending)*
     wacter@fr.com
     FISH & RICHARDSON P.C.
     12390 El Camino Real
     San Diego, CA  92130
     Telephone: 858-678-5070; Facsimile: 858-678-5099

     Nicholas H. Patton (SBN 15631000)
     nickpatton@texarkanalaw.com
     PATTON, TIDWELL & SCHROEDER, LLP
     4605 Texas Blvd.
     Texarkana, TX 75503
     Telephone: 903-792-7080; Facsimile: 903-792-8233

Attorneys for Defendant Google Inc., GrandCentral Communications, Inc., LG Electronics Mobilecomm U.S.A., Inc.

## **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this same date.

                                            */s/ Ruffin B. Cordell*
                                            Ruffin B. Cordell