ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 15 2008
DAVID J. MALAND, CLERK
BY
DEPUTY

1.  This application is being made for the following: Case No. 6:08cv341
Style: *Klausner Technologies, Inc., a New York corporation, Plaintiff, vs. Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation, Defendants.*

2.  Applicant is representing the following party: Google Inc., GrandCentral Communications, Inc., and LG Electronics Mobilecomm U.S.A., Inc.

3.  Applicant was admitted to practice in California on December 16, 1991.

4.  Applicant is in good standing and is otherwise eligible to practice law before this court.

5.  Applicant is not currently suspended or disbarred in any other court.

6.  Applicant has not had an application for admission to practice before another court denied.

7.  Applicant has not ever had the privilege to practice before another court suspended.

8.  Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

9.  Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. N/A

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: California State Courts, Southern District of California, Northern District of California, Central District of California, Eastern District of California, District of Oregon and Federal Circuit.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, John W. Thornburgh, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  10/13/08          Signature  _____
                        Name:      John W. Thornburgh

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

| | |
|---|---|
| Name (please print): | John W. Thornburgh |
| State Bar Number: | 154627 |
| Firm Name: | Fish & Richardson P.C. |
| Address: | 12390 El Camino Real |
| City/State/Zip: | San Diego, CA 92130 |
| Telephone: | (858) 678-5070 |
| Fax: | (858) 678-5099 |
| E-mail Address: | thornburgh@fr.com |

Applicant is authorized to enter an appearance as counsel for the party listed above. This application has been approved for the court on **10/15/08**.



David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By     P. Bell
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0015519

## United States District Court
for the
Eastern District of Texas at Tyler

Date: **Wednesday, October 15, 2008**

Received from:

**FISH & RICHARDSON**

**225 FRANKLIN STREET**

**BOSTON, MASSACHUSETTS 02110**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method: Check

Case or other reference: **6:08-CV-341**

Comments: **PHV FEES PAID FOR JOHN THORNBURGH AND BRIAN WACTER CHECK #463624**

Received by: gg