Klausner Technologies Inc v. Verizon Wireless et al                                                                                                            Doc. 53

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KLAUSNER TECHNOLOGIES, INC., <br>   a New York corporation, <br> <br> v. <br> <br> VERIZON WIRELESS (Cellco Partnership <br>   d/b/a Verizon Wireless), a Delaware <br>   general partnership, *et al* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No. 6:08cv341 (LED) |

## **NOTICE OF APPEARANCE**

COMES NOW Nicholas H. Patton, of PATTON, TIDWELL & SCHROEDER, L.L.P., and hereby enters his appearance as attorney of record for Defendants, GrandCentral Communications, Inc. and LG Electronics Mobilecomm U.S.A., Inc., in the above styled and numbered cause.

                              Respectfully Submitted,

                              By:   *Nicholas H. Patton*
                                      Nicholas H. Patton
                                      Texas Bar No. 15631000
                                      PATTON, TIDWELL & SCHROEDER, LLP
                                      4605 Texas Blvd.
                                      P.O. Box 5398
                                      Texarkana, Texas 75505-5398
                                      903.792.7080
                                      903.792.8233 (Facsimile)

Dockets.Justia.com

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 16th day of October, 2008.

*/s/ Nicholas H. Patton*
Nicholas H. Patton