Klausner Technologies Inc v. Verizon Wireless et al    Doc. 54

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KLAUSNER TECHNOLOGIES, INC., <br> a New York corporation, | § <br> § <br> § | |
| v. | § | No. 6:08cv341 (LED) |
| | § | |
| VERIZON WIRELESS (Cellco Partnership <br> d/b/a Verizon Wireless), a Delaware <br> general partnership, *et al* | § <br> § <br> § <br> § | |

## **NOTICE OF APPEARANCE**

COMES NOW Kurt Truelove, of PATTON, TIDWELL & SCHROEDER, L.L.P., and hereby enters his appearance as attorney of record for Defendants, Google, Inc. and LG Electronics Mobilecomm U.S.A., Inc., in the above styled and numbered cause.

Respectfully Submitted,

By: *Kurt Truelove*
Kurt Truelove
Texas Bar No. 24013653
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Blvd.
P.O. Box 5398
Texarkana, Texas 75505-5398
903.792.7080
903.792.8233 (Facsimile)

Dockets.Justia.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 16th day of October, 2008.

                */s/ Kurt Truelove*
                Kurt Truelove