UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

***CASE AND DEADLINE INFORMATION***

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?   Yes
   No

    If no, please indicate which application this represents:   Second
   Third
   Other _____

Date of Service of Summons:

Number of days requested:   30 days
   15 days
   Other \_\_\_\_\_ days

New Deadline Date:   *(Required)*

***ATTORNEY FILING APPLICATION INFORMATION***

    Full Name:
    State Bar No.:
    Firm Name:
    Address:




    Phone:
    Fax:
    Email:

A certificate of conference does not need to be filed with this unopposed application.