UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 6:08cv341

Name of party requesting extension: GrandCentral Communications, Inc.

Is this the first application for extension of time in this case?  ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 8/28/08

Number of days requested:   ☐ 30 days   ☑ 15 days   ☐ Other _____ days

New Deadline Date: 11/3/08   *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Kurt Truelove
State Bar No.: 24013653
Firm Name: Patton, Tidwell & Schroeder, LLP
Address: P.O. Box 5398
         Texarkana, TX 75505-5398

Phone: 903.792.7080
Fax: 903.792.8233
Email: ktruelove@texarkanalaw.com

A certificate of conference does not need to be filed with this unopposed application.