UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:08cv341

Name of party requesting extension: Google, Inc.

Is this the first application for extension of time in this case?  ☐ Yes  ☑ No

If no, please indicate which application this represents:  ☑ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 8/28/08

Number of days requested:  ☐ 30 days  ☑ 15 days  ☐ Other _____ days

New Deadline Date: 11/3/08      *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Nicholas H. Patton

State Bar No.: 15631000

Firm Name: Patton, Tidwell & Schroeder, LLP

Address: P.O. Box 5398
         Texarkana, TX 75505-5398

Phone: 903.792.7080

Fax: 903.792.8233

Email: nickpatton@texarkanalaw.com

A certificate of conference does not need to be filed with this unopposed application.