UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC,. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:08-CV-00341-LED |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| VERIZON WIRELESS (CELLCO ) | |
| PARTNERSHIP d/b/a VERIZON ) | |
| WIRELESS), et al., ) | |
| ) | |
| Defendants. ) | |

### UNOPPOSED MOTION TO EXTEND TIME TO
### ANSWER OR OTHERWISE RESPOND

Defendant Embarq Communications, Inc. ("Embarq") move the Court to extend the deadline to answer or otherwise respond to the Original complaint until November 17, 2008.

The original Complaint was filed on August 26, 2008. Plaintiff Klausner Technologies, Inc. and Embarq agreed to extend the deadline to answer or otherwise respond to the Original Complaint to November 17, 2008.

This extension of time is not for delay but for good cause and so that justice may be served.

WHEREFORE, Embarq requests that this Court extend the deadline to deadline to answer or otherwise respond to the Original Complaint to November 17, 2008.

Respectfully submitted,

/ s/ Mark C. Nelson
Mark C. Nelson (Lead Attorney)
Texas State Bar No. 00793361
Darin W. Deaver
Texas State Bar No. 24040779
Christopher W. Reynolds
Texas State Bar No. 24051247
Sonnenschein Nath & Rosenthal LLP
1717 Main Street, Suite 3400
Dallas, Texas 75201-7395
Telephone: (214) 259-0901
Facsimile: (214) 259-0910
Email: mcnelson@sonnenschein.com
ddeaver@sonnenschein.com
creynolds@sonnenschein.com

**ATTORNEYS FOR DEFENDANT
EMBARQ COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2008 I electronically filed the foregoing:

**UNOPPOSED MOTION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND**

with the Clerk of the Court by using the CM/ECF System which will serve all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D).

/s/Mark C. Nelson
Mark C. Nelson

14754241

**UNOPPOSED MOTION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND**