UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC,. | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 6:08-CV-00341-LED |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| VERIZON WIRELESS (CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS), et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANT EMBARQ COMMUNICATIONS, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant Embarq Communications, Inc.'s ("Embarq"), Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Having considered the Motion, the Court finds, that it is GRANTED.

IT IS THEREFORE ORDERED that the deadline for Embarq to answer, plead, or otherwise respond to Plaintiff's Complaint is November 17, 2008.

SO ORDERED.

**So ORDERED and SIGNED this 20th day of October, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

14754246

ORDER EXTENDING TIME TO
ANSWER OR OTHERWISE RESPOND

1.