IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Klausner Technologies, Inc. § | |
| § | |
| v. § | |
| § | Civil Action No. 6:08-cv-341 |
| Cellco Partnership d/b/a Verizon Wireless § | |
| Verizon Data Services LLC § | |
| Bell Atlantic Communications, Inc. § | |
| Citrix Systems, Inc. § | |
| Comverse, Inc. § | |
| Cox Communications, Inc. § | |
| Embarq Communications, Inc. § | |
| Google Inc. § | |
| GrandCentral Communications, Inc. § | |
| LG Electronics Mobilecomm USA, Inc. § | |
| PhoneFusion, Inc. § | |
| RingCentral, Inc. § | |

**THE VERIZON DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR RESPOND**

COME NOW, Cellco Partnership d/b/a Verizon Wireless, Verizon Data Services LLC and Bell Atlantic Communications, Inc. (collectively, the "Verizon Defendants"), and files this Unopposed Motion for Extension of Time to Answer or Respond to Plaintiff's Complaint. The Verizon Defendants' Answers are currently due on October 27, 2008. The Verizon Defendants request, and the Plaintiff does not oppose, that their response date be extended through November 10, 2008.

Dated: October 27, 2008                                      Respectfully submitted,

                                                     By:    */s/ Michael E. Jones*
                                                            Michael E. Jones
                                                            State Bar No. 10929400
                                                            Allen F. Gardner
                                                            State Bar No. 24043679
                                                            POTTER MINTON

{A56\7484\0004\W0377478.1 }

A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com
allengardner@potterminton.com

OF COUNSEL:
John M. Desmarais
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022-4675
Tel: 212-446-4800

Edward C. Donovan
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Tel: 202-879-5000

ATTORNEYS FOR DEFENDANTS
CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS, VERIZON DATA
SERVICES LLC AND BELL ATLANTIC
COMMUNICATIONS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 27, 2008. Any other counsel of record will be served by first class mail on this same date.

>  */s/ Michael E. Jones*
> Michael E. Jones