IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Klausner Technologies, Inc. § | |
| § | |
| v. § | |
| § | Civil Action No. 6:08-cv-341 |
| Cellco Partnership d/b/a Verizon Wireless § | |
| Verizon Data Services LLC § | |
| Bell Atlantic Communications, Inc. § | |
| Citrix Systems, Inc. § | |
| Comverse, Inc. § | |
| Cox Communications, Inc. § | |
| Embarq Communications, Inc. § | |
| Google Inc. § | |
| GrandCentral Communications, Inc. § | |
| LG Electronics Mobilecomm USA, Inc. § | |
| PhoneFusion, Inc. § | |
| RingCentral, Inc. § | |

**JOINT MOTION TO EXTEND TIME FOR PLAINTIFF KLAUSNER
TECHNOLOGIES, INC. TO FILE ITS RESPONSE TO THE VERIZON DEFENDANTS'
MOTION TO TRANSFER TO THE EASTERN DISTRICT OF NEW
YORK PURSUANT TO THE FIRST-TO-FILE RULE**

COME NOW, Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Data Services LLC and Bell Atlantic Communications, Inc. (collectively the "Verizon Defendants") and Plaintiff Klausner Technologies, Inc. and file this Joint Motion for Extension of Time for Plaintiff Klausner Technologies, Inc. to File Its Response to the Verizon Defendants' Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule. Plaintiff's Response is currently due on October 27, 2008. The Parties request that Klausner's Response date be extended through November 10, 2008.

Dated: October 27, 2008                  Respectfully submitted,

                                                     By:    */s/ Michael E. Jones*
                                                              Michael E. Jones

State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com
allengardner@potterminton.com

OF COUNSEL:
John M. Desmarais
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022-4675
Tel: 212-446-4800

Edward C. Donovan
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Tel: 202-879-5000

ATTORNEYS FOR DEFENDANTS
CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS, VERIZON DATA
SERVICES LLC AND BELL ATLANTIC
COMMUNICATIONS, INC.


*/s/ Elizabeth L. DeRieux, with permission by Michael E. Jones*
Elizabeth L. DeRieux, Lead Attorney
ederieux@capshawlaw.com
S. Calvin Capshaw
ccapshaw@capshawlaw.com
N. Claire Abernathy
chenry@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Rd., Suite 220
Longview, TX 75601-5157
903-223-4826
Fax: 903-236-8787

OF COUNSEL:
Gregory S. Dovel
greg@dovellaw.com
Sean A. Luner
luner@dovellaw.com
Christin K. Cho (sp? email doesn't match)
christen@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
310-656-7066
Fax: 310-657-7069

ATTORNEYS FOR PLAINTIFF
KLAUSNER TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 27, 2008. Any other counsel of record will be served by first class mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones