IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Klausner Technologies, Inc. § | |
| § | |
| v. § | |
| § | Civil Action No. 6:08-cv-341 |
| Cellco Partnership d/b/a Verizon Wireless § | |
| Verizon Data Services LLC § | |
| Bell Atlantic Communications, Inc. § | |
| Citrix Systems, Inc. § | |
| Comverse, Inc. § | |
| Cox Communications, Inc. § | |
| Embarq Communications, Inc. § | |
| Google Inc. § | |
| GrandCentral Communications, Inc. § | |
| LG Electronics Mobilecomm USA, Inc. § | |
| PhoneFusion, Inc. § | |
| RingCentral, Inc. § | |

**ORDER GRANTING THE VERIZON DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR RESPOND**

Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Data Services LLC and Bell Atlantic Communications, Inc. filed their Unopposed Motion for Extension of Time to Answer or Respond to Plaintiff's Complaint through November 10, 2008. The Court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that Cellco Partnership d/b/a Verizon Wireless, Verizon Data Services LLC and Bell Atlantic Communications, Inc. shall have through November 10, 2008 to answer or otherwise respond to Plaintiff's Complaint.

**So ORDERED and SIGNED this 28th day of October, 2008.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

{A56\7484\0004\W0377478.1 }

dockets.Justia.com