IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |  |
|---|---|---|
| Klausner Technologies, Inc. | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:08-cv-341 |
| Cellco Partnership d/b/a Verizon Wireless | § | |
| Verizon Data Services LLC | § | |
| Bell Atlantic Communications, Inc. | § | |
| Citrix Systems, Inc. | § | |
| Comverse, Inc. | § | |
| Cox Communications, Inc. | § | |
| Embarq Communications, Inc. | § | |
| Google Inc. | § | |
| GrandCentral Communications, Inc. | § | |
| LG Electronics Mobilecomm USA, Inc. | § | |
| PhoneFusion, Inc. | § | |
| RingCentral, Inc. | § | |

**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PLAINTIFF KLAUSNER TECHNOLOGIES, INC. TO FILE ITS RESPONSE TO THE VERIZON DEFENDANTS' MOTION TO TRANSFER TO THE EASTERN DISTRICT OF NEW YORK PURSUANT TO THE FIRST-TO-FILE RULE**

Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Data Services LLC and Bell Atlantic Communications, Inc. and Plaintiff Klausner Technologies, Inc. filed their Joint Motion to Extend Time for Plaintiff Klausner Technologies, Inc. to File Its Response to the Verizon Defendants' Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule to November 10, 2008. The Court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that Klausner Technologies, Inc. shall have through November 10, 2008, to respond to the Verizon Defendants' Motion to Transfer.

{A56\7484\0004\W0373901.1 }

**So ORDERED and SIGNED this 28th day of October, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

{A56\7484\0004\W0373901.1 }