AO 440 (Rev. 04/08) Civil Summons

FILED CLERK
U.S. DISTRICT COURT
2008 OCT 29 PM 2:37
TEXAS EASTERN
BY_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Klausner Technologies, Inc. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 6:08-CV-341 |
| Verizon Wireless, et al. ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

LG Electronics Mobilecomm U.S.A., Inc.

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

S. Calvin Capshaw
Capshaw DeRieux, LLP
P. O. Box 3999
Longview, TX 75606-3999

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. MALAND
Name of clerk of court

Date: 8/26/08

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _LG Electronics Mobilecom USA., Inc._
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_Arcelia Pacheo, at C.T.Corp. @ 350 N. St.Paul, Dls, Tx @ 10:30am., on Aug. 29, 2008_

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _102.50_.

Date: _August 29, 2008_

    Server's signature

_16110 Lakehurst Drive_
Printed name and title

_Forney, Tx 75126_
Server's address