UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Klausner Technologies, Inc., | | |
| Plaintiff, | | |
| v. | | CIVIL NO. 6:08-CV-341 (LED) |
| Verizon Wireless (Cellco Partnership d/b/a Verizon Wirless; Verizon Data Services LLC; Bell Atlantic Communications, Inc.; Citrix Systems, Inc.; Comverse, Inc.; Cox Communications, Inc.; Embarq Communications, Inc.; Google Inc.; GrandCentral Communications, Inc.; LG Electronics Mobilecomm U.S.A., Inc.; PhoneFusion, Inc.; RingCentral, Inc. | | JURY TRIAL DEMANDED |
| Defendants. | | |

**DEFENDANT COMVERSE, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Comverse, Inc. hereby states:

- Comverse, Inc. is wholly owned by Comverse Technology, Inc.;

- Comverse Technology, Inc. has issued stock that is publicly traded;

- Other than as indicated above, no publicly traded corporation owns more than 10% of the stock of Comverse, Inc. or Comverse Technology, Inc.

DATED: October 30, 2008                    Respectfully submitted,

*/s/ Daniel Booth*
Christopher J. Cox (lead counsel)
Matthew D. Powers
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100
chris.cox@weil.com
matthew.powers@weil.com

David Greenbaum
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8000
Fax: 212-310-8007
david.greenbaum@weil.com

Daniel Booth
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas  77002
Telephone: 713-546-5000
Facsimile: 713-224-9511
daniel.booth@weil.com

**ATTORNEYS FOR DEFENDANT
COMVERSE CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 30th day of October, 2008.

_/s/ Daniel Booth_____
Daniel Booth