UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:08cv341

Name of party requesting extension: GrandCentral Communications, Inc.

Is this the first application for extension of time in this case?

☐ Yes

☑ No

If no, please indicate which application this represents:

☐ Second

☑ Third

☐ Other _____

Date of Service of Summons: 8/28/08

Number of days requested:

☑ 30 days

☐ 15 days

☐ Other _____ days

New Deadline Date: 12/3/08          *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Nicholas H. Patton

State Bar No.: 15631000

Firm Name: Patton, Tidwell & Schroeder, LLP

Address: P.O. Box 5398

            Texarkana, TX 75505-5398

Phone: 903.792.7080

Fax: 903.792.8233

Email: nickpatton@texarkanalaw.com

A certificate of conference does not need to be filed with this unopposed application.