UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:08cv341

Name of party requesting extension: Google, Inc.

Is this the first application for extension of time in this case?
- ☐ Yes
- ☑ No

If no, please indicate which application this represents:
- ☐ Second
- ☑ Third
- ☐ Other _____

Date of Service of Summons: 8/28/08

Number of days requested:
- ☑ 30 days
- ☐ 15 days
- ☐ Other _____ days

New Deadline Date: 12/3/08   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Nicholas H. Patton
State Bar No.: 15631000
Firm Name: Patton, Tidwell & Schroeder, LLP
Address: P.O. Box 5398
Texarkana, TX 75505-5398

Phone: 903.792.7080
Fax: 903.792.8233
Email: nickpatton@texarkanalaw.com

A certificate of conference does not need to be filed with this unopposed application.