IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Klausner Technologies, Inc. | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:08-cv-341 |
| Cellco Partnership d/b/a Verizon Wireless | § | |
| Verizon Data Services LLC | § | |
| Bell Atlantic Communications, Inc. | § | |
| Citrix Systems, Inc. | § | |
| Comverse, Inc. | § | |
| Cox Communications, Inc. | § | |
| Embarq Communications, Inc. | § | |
| Google Inc. | § | |
| GrandCentral Communications, Inc. | § | |
| LG Electronics Mobilecomm USA, Inc. | § | |
| PhoneFusion, Inc. | § | |
| RingCentral, Inc. | § | |

## JOINT MOTION FOR EXTENSION OF TIME REGARDING THE VERIZION DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND PLAINTIFF TO FILE ITS RESPONSE TO THE VERIZON DEFENDANTS' MOTION TO TRANSFER TO THE EASTERN DISTRICT OF NEW YORK PURSUANT TO THE FIRST-TO-FILE RULE DEADLINES

COME NOW, Cellco Partnership d/b/a Verizon Wireless, Verizon Data Services LLC and Bell Atlantic Communications, Inc. (collectively, the "Verizon Defendants"), and Plaintiff Klausner Technologies, Inc. ("Klausner") and files this Joint Motion for Extension of Time Regarding the Verizon Defendants' Answer to Plaintiff's Complaint and Plaintiff to File its Response to the Verizon Defendants' Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule Deadlines. The Verizon Defendants' Answers and Klausner's response brief are currently due on November 10, 2008. The parties have reached a settlement agreement and anticipate final dismissal papers to be filed in the next few days.

Dockets.Justia.com

The Verizon Defendants and Klausner request that their answer and response date be extended through November 14, 2008.

Dated: November 10, 2008                    Respectfully submitted,

                                     By:     /s/ Michael E. Jones
                                             Michael E. Jones
                                             State Bar No. 10929400
                                             Allen F. Gardner
                                             State Bar No. 24043679
                                             POTTER MINTON
                                             A Professional Corporation
                                             110 N. College, Suite 500 (75702)
                                             P. O. Box 359
                                             Tyler, Texas  75710
                                             (903) 597 8311
                                             (903) 593 0846 (Facsimile)
                                             mikejones@potterminton.com
                                             allengardner@potterminton.com

OF COUNSEL:
John M. Desmarais
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022-4675
Tel: 212-446-4800

Edward C. Donovan
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Tel: 202-879-5000

                                             ATTORNEYS FOR DEFENDANTS
                                             CELLCO PARTNERSHIP D/B/A
                                             VERIZON WIRELESS, VERIZON DATA
                                             SERVICES LLC AND BELL ATLANTIC
                                             COMMUNICATIONS, INC.

*/s/ Elizabeth L. DeRieux, with permission by Michael E. Jones*
Elizabeth L. DeRieux Lead Attorney
SBN: 05770585
ederieux@capshawlaw.com
S. Calvin Capshaw, III
SBN: 03783900
ccapshaw@capshawlaw.com
N. Claire Abernathy
SBN : 24053063
chenry@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Rd., Su 220
Longview, TX 75601-5157
Tel : 903-236-9800
Fax: 903-236-8787

Gregory S. Dovel
greg@dovellaw.com
Sean A. Luner
luner@dovellaw.com
Christin K. Cho
christen@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: 310-656-7066
Fax: 310-657-7069

ATTORNEYS FOR PLAINTIFF,
KLAUSNER TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 10, 2008. Any other counsel of record will be served by first class mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones