# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.** a New York corporation, <br><br>   Plaintiff, <br><br>   v. <br><br> **VERIZON WIRELESS,** **VERIZON DATA SERVICES LLC,** **GOOGLE, INC., GRANDCENTRAL COMMUNICATIONS, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC.,** **PHONEFUSION, INC.,** **RINGCENTRAL, INC.,** **BELL ATLANTIC COMMUNICATIONS, INC.,** **CITRIX SYSTEMS, INC.,** **COMVERSE, INC.,** **COX COMMUNICATIONS, INC.,** **EMBARQ COMMUNICATIONS INC.,** <br><br>   **Defendants.** | Civil Action No. 6:08-cv-341-LED <br><br> DEMAND FOR JURY TRIAL |

### DEFENDANT CITRIX SYSTEMS, INC.'S
### UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Citrix Systems, Inc. ("Citrix") files this Unopposed Motion for Third Extension of Time to Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

Citrix has requested and Plaintiff has agreed to an additional extension of Citrix's time to respond to Plaintiff's Complaint up to and including **December 1, 2008**.

A proposed Order granting this agreed motion is attached for the Court's convenience.

**DEFENDANT CITRIX SYSTEMS, INC.'S UNOPPOSED MOTION FOR**
**THIRD EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT – Page 1**

Dockets.Justia.com

Dated: November 12, 2008         Respectfully submitted,

                                 FISH & RICHARDSON P.C.


                                 By: /s/ Neil J. McNabnay
                                     Neil J. McNabnay
                                     mcnabnay@fr.com
                                     Texas Bar No. 24002583
                                     1717 Main Street, Suite 5000
                                     Dallas, TX 75201
                                     (214) 747-5070 (Telephone)
                                     (214) 747-2091 (Facsimile)

                                 Counsel for Defendant
                                 **CITRIX SYSTEMS, INC.**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 12, 2008 to all counsel of record.

                                 */s/ Tim K. Brown*
                                 Tim K. Brown

90316525.doc