IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Klausner Technologies, Inc. | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:08-cv-341 |
| Cellco Partnership d/b/a Verizon Wireless | § | |
| Verizon Data Services LLC | § | |
| Bell Atlantic Communications, Inc. | § | |
| Citrix Systems, Inc. | § | |
| Comverse, Inc. | § | |
| Cox Communications, Inc. | § | |
| Embarq Communications, Inc. | § | |
| Google Inc. | § | |
| GrandCentral Communications, Inc. | § | |
| LG Electronics Mobilecomm USA, Inc. | § | |
| PhoneFusion, Inc. | § | |
| RingCentral, Inc. | § | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME REGARDING THE VERIZON DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND PLAINTIFF TO FILE ITS RESPONSE TO THE VERIZON DEFENDANTS' MOTION TO TRANSFER TO THE EASTERN DISTRICT OF NEW YORK PURSUANT TO THE FIRST-TO-FILE RULE DEADLINES

Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Data Services LLC and Bell Atlantic Communications, Inc. and Plaintiff Klausner Technologies, Inc. filed their Joint Motion for Extension of Time Regarding the Verizon Defendants' Answer to Plaintiff's Complaint and Plaintiff to file its Response to the Verizon Defendants' Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule through November 14, 2008. The Court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that Cellco Partnership d/b/a Verizon Wireless, Verizon Data Services LLC and Bell Atlantic Communications, Inc. shall have through November 14, 2008 to

answer or otherwise respond to Plaintiff's Complaint and Klausner Technologies, Inc. shall have through November 14, 2008 to respond brief to The Verizon Defendants' Motion to Transfer to the Eastern District of New York Pursuant to the First-to-File Rule

**So ORDERED and SIGNED this 12th day of November, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**