UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 6:08-cv-341

Name of party requesting extension: Cox Communications Inc.

Is this the first application for extension of time in this case?    ☐ Yes
☑ No

If no, please indicate which application this represents:    ☐ Second

☑ Third

☐ Other _____

Date of Service of Summons: 08/26/2008

Number of days requested:    ☑ 30 days

☐ 15 days

☐ Other _____ days

New Deadline Date: 12/17/08    *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: Jon Pierce

State Bar No.: 24046631

Firm Name: Kilpatrick Stockton LLP

Address: 1001 West Fourth Street
        Winston-Salem, NC  27101-2400

Phone: 336-607-7503

Fax: 336-734-2638

Email: jpierce@kilpatrickstockton.com

A certificate of conference does not need to be filed with this unopposed application.

Dockets.Justia.com