IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation, <br><br> Defendants. | Case No. 6:08-CV-341-LED <br><br> (JURY TRIAL) |

## JOINT MOTION TO DISMISS

NOW COMES the Plaintiff Klausner Technologies, Inc. ("Klausner") and Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Data Services LLC, and Bell Atlantic Communications, Inc. (collectively "Verizon"), and respectfully move the Court to dismiss the above-captioned action between them, and in support thereof would respectfully show the Court as follows:

Klausner and Verizon, by their undersigned counsel, hereby stipulate and agree that the complaint in the above-captioned action be dismissed between them with prejudice and on the merits, and that each party bears its own costs and fees.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that this action be dismissed with prejudice and on the merits between them, without costs or fees to either Klausner or Verizon.

Dated: November 13, 2008

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
    S. Calvin Capshaw
    State Bar No. 03783900
    Elizabeth L. DeRieux
    State Bar No. 05770585
    N. Claire Abernathy
    State Bar No. 24053063
    CAPSHAW DERIEUX, LLP
    1127 Judson Road, Suite 220
    Longview, Texas 75601
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787
    E-mail: ccapshaw@capshawlaw.com
    E-mail: ederieux@capshawlaw.com
    E-mail: chenry@capshawlaw.com

    Gregory S. Dovel
    California State Bar No. 135387
    Sean A. Luner
    California State Bar No. 165443
    Christin K. Cho
    California State Bar No. 238173
    DOVEL & LUNER, LLP
    201 Santa Monica Blvd., Suite 600
    Santa Monica, California 90401
    Telephone: (310) 656-7066
    Facsimile: (310) 657-7069
    E-mail: greg@dovellaw.com
    E-mail: luner@dovellaw.com
    E-mail: christin@dovellaw.com

**ATTORNEYS FOR PLAINTIFF,**
**KLAUSNER TECHNOLOGIES, INC.**

By: /s/ Michael E. Jones
    (w/permission by Elizabeth L. DeRieux)
    Michael E. Jones
    State Bar No. 10929400
    mikejones@potterminton.com
    Allen F. Gardner
    State Bar No. 24043679
    allengardner@potterminton.com
    POTTER MINTON
    A Professional Corporation
    110 North College 500 Plaza Tower
    Tyler, Texas 75702
    (903) 597-8311
    Fax: (903) 593-0846

*Of Counsel*

    John M. Desmarais
    KIRKLAND & ELLIS LLP
    153 East 53rd Street
    New York, New York 10022-4675
    (212) 446-4800

    Edward C. Donovan
    KIRKLAND & ELLIS LLP
    655 Fifteenth Street, NW
    Washington D.C. 2005
    (202) 879-5000

Leonard Charles Suchyta
Caren K. Khoo
Verizon Corporate Services Group Inc.
One Verizon Way
Basking Ridge, NJ 07920
Telephone: (908) 559-5623
Facsimile: (908) 766-6974

**ATTORNEYS FOR DEFENDANTS, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, VERIZON DATA SERVICES LLC, AND BELL ATLANTIC COMMUNICATIONS, INC. d/b/a VERIZON LONG DISTANCE**

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of November, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served via electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux