IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Klausner Technologies, Inc. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case No. 6:08-CV-341 (LED) |
| | § | JURY TRIAL DEMANDED |
| Verizon Wireless, (Cellco Partnership | § | |
| d/b/a/ Verizon Wireless), Verizon Data | § | |
| Services, LLC, Bell Atlantic | § | |
| Communications, Inc., Citrix Systems, Inc. | § | |
| Comverse, Inc., Cox Communications, Inc. | § | |
| Embarq Communications, Inc., | § | |
| GrandCentral Communications, Inc. | § | |
| LG Electronics Mobilecomm U.S.A., Inc. | § | |
| PhoneFusion, Inc., RingCentral, Inc. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Comverse, Inc., files this Notice of Appearance, and hereby notifies the Court that Eric H. Findlay, of the law firm Ramey & Flock, P.C., 100 East Ferguson, Suite 500, Tyler, Texas 75702, Telephone (903) 597-3301, Fax (903) 597-2413, e-mail: efindlay@rameyflock.com has entered this action as counsel for Defendants. In connection with this notice, Mr. Findlay requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
**RAMEY & FLOCK, P.C.**
100 East Ferguson, Suite 500
Tyler, TX 75702

903-597-3301
FAX: 903-597-2413
efindlay@rameyflock.com

**ATTORNEY FOR DEFENDANT COMVERSE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2008, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay_____
Eric H. Findlay