# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC. a New York corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>VERIZON WIRELESS,<br>VERIZON DATA SERVICES LLC,<br>GOOGLE, INC., GRANDCENTRAL<br>COMMUNICATIONS, INC., LG ELECTRONICS<br>MOBILECOMM U.S.A., INC.,<br>PHONEFUSION, INC.,<br>RINGCENTRAL, INC.,<br>BELL ATLANTIC COMMUNICATIONS, INC.,<br>CITRIX SYSTEMS, INC.,<br>COMVERSE, INC.,<br>COX COMMUNICATIONS, INC.,<br>EMBARQ COMMUNICATIONS INC.,<br><br>  **Defendants.** | Civil Action No. 6:08-cv-341-LED<br><br>DEMAND FOR JURY TRIAL |

**ORDER GRANTING DEFENDANT CITRIX SYSTEMS, INC.'S
UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court, having considered Defendant Citrix Systems, Inc.'s ("Citrix") Unopposed Motion for Third Extension of Time to Respond to Plaintiff's Complaint, hereby GRANTS said Motion. It is therefore ORDERED that Citrix is granted an additional extension of time to respond to Plaintiff's Complaint up to and including December 1, 2008.

**So ORDERED and SIGNED this 13th day of November, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**