UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC,. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:08-CV-00341-LED |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| VERIZON WIRELESS (CELLCO ) | |
| PARTNERSHIP d/b/a VERIZON ) | |
| WIRELESS), et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANT EMBARQ COMMUNICATIONS, INC.'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant Embarq Communications, Inc.'s ("Embarq"), Second Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Having considered the Motion, the Court finds, that it is GRANTED.

IT IS THEREFORE ORDERED that the deadline for Embarq to answer, plead, or otherwise respond to Plaintiff's Complaint is December 17, 2008.

**So ORDERED and SIGNED this 17th day of November, 2008.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

14759855

ORDER EXTENDING TIME TO
ANSWER OR OTHERWISE RESPOND

1.