IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| KLAUSNER TECHNOLOGIES, INC., a New York corporation, Plaintiff, vs. Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation, Defendants. | Case No. 6:08-cv-341 (LED)<br><br>(JURY TRIAL) |
|---|---|

## JOINT MOTION TO DISMISS

NOW COMES the Plaintiff Klausner Technologies, Inc. ("Klausner") and Defendant Cox Communications, Inc., and respectfully move the Court to dismiss the above-captioned action between them without prejudice, and in support thereof would respectfully show the Court as follows:

Klausner and Cox Communications, Inc., by their undersigned counsel, hereby stipulate and agree that the Complaint in the above-captioned action be dismissed between them without prejudice, and that each party bears its own costs and fees.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that this action be dismissed without prejudice between them, without costs or fees to either Klausner or Cox Communications, Inc.

Dated: November 26, 2008

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
    S. Calvin Capshaw
    State Bar No. 03783900
    Elizabeth L. DeRieux
    State Bar No. 05770585
    N. Claire Abernathy
    State Bar No. 24053063
    CAPSHAW DERIEUX, LLP
    1127 Judson Road, Suite 220
    Longview, Texas 75601
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787
    E-mail: ccapshaw@capshawlaw.com
    E-mail: ederieux@capshawlaw.com
    E-mail: chenry@capshawlaw.com

    Gregory S. Dovel
    California State Bar No. 135387
    Sean A. Luner
    California State Bar No. 165443
    Christin K. Cho
    California State Bar No. 238173
    DOVEL & LUNER, LLP
    201 Santa Monica Blvd., Suite 600
    Santa Monica, California 90401
    Telephone: (310) 656-7066
    Facsimile: (310) 657-7069
    E-mail: greg@dovellaw.com
    E-mail: luner@dovellaw.com
    E-mail: christin@dovellaw.com

**ATTORNEYS FOR PLAINTIFF,
KLAUSNER TECHNOLOGIES, INC.**

By: /s/ Jon Robert Pierce
    (w/permission by Elizabeth L. DeRieux)
    Jon Robert Pierce
    State Bar No. 24046631
    KILPATRICK STOCKTON LLP
    1001 W. Fourth Street
    Winston-Salem, North Carolina 27101
    Telephone: (336) 607-7503
    Facsimile: (336) 734-2638
    E-mail: jpierce@kilpatrickstockton.com

Of Counsel:

Stephen E. Baskin
KILPATRICK STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC 20005-2018
Telephone: (202) 508-5899
Facsimile: (202) 585-0044
E-mail: sbaskin@kilpatrickstockton.com

**ATTORNEYS FOR DEFENDANT,
COX COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served this 26th day of November, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served via electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux