IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation, <br><br> Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§ | Case No. 6:08-cv-341 (LED) <br><br> (JURY TRIAL) |

## **JOINT MOTION TO DISMISS**

NOW COMES the Plaintiff Klausner Technologies, Inc. ("Klausner") and Defendant LG Electronics Mobilecomm U.S.A., Inc., and respectfully move the Court to dismiss the above-captioned action between them with prejudice, and in support thereof would respectfully show the Court as follows:

Klausner and LG Electronics Mobilecomm U.S.A., Inc., by their undersigned counsel, hereby stipulate and agree that the Complaint in the above-captioned action be dismissed between them with prejudice, and that each party bears its own costs and fees.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that this action be dismissed with prejudice between them, without costs or fees to either Klausner or LG Electronics Mobilecomm U.S.A., Inc.

Dated: December 2, 2008

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
    S. Calvin Capshaw
    State Bar No. 03783900
    Elizabeth L. DeRieux
    State Bar No. 05770585
    N. Claire Abernathy
    State Bar No. 24053063
    CAPSHAW DERIEUX, LLP
    1127 Judson Road, Suite 220
    Longview, Texas 75601
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787
    E-mail: ccapshaw@capshawlaw.com
    E-mail: ederieux@capshawlaw.com
    E-mail: chenry@capshawlaw.com

    Gregory S. Dovel
    California State Bar No. 135387
    Sean A. Luner
    California State Bar No. 165443
    Christin K. Cho
    California State Bar No. 238173
    DOVEL & LUNER, LLP
    201 Santa Monica Blvd., Suite 600
    Santa Monica, California 90401
    Telephone: (310) 656-7066
    Facsimile: (310) 657-7069
    E-mail: greg@dovellaw.com
    E-mail: luner@dovellaw.com
    E-mail: christin@dovellaw.com

**ATTORNEYS FOR PLAINTIFF, KLAUSNER TECHNOLOGIES, INC.**

By: /s/ Decker A. Cammack
(w/permission by Elizabeth L. DeRieux)
Decker A. Cammack
State Bar No. 24036311
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
E-mail: dmc@fr.com

Ruffin B. Cordell
State Bar No.
Fish & Richardson P.C.
1425 K Street, NW, Suite 110
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
E-mail: cordell@fr.com

Brian Wacter
(Admitted *pro hac vice*)
State Bar No. 223165
John W. Thornburgh
(Admitted *pro hac vice*)
State Bar No. 154627
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
E-mail: wacter@fr.com
E-mail: thornburgh@fr.com

Justin Kurt Truelove
State Bar No. 24013653
Nicholas H. Patton
State Bar No. 15631000
Patton Tidwell & Schroeder, LLP
4605 Texas Blvd.
P. O. Box 5398
Texarkana, Texas 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
E-mail: ktruelove@texarkanalaw.com
E-mail: nickpatton@texarkanalaw.com

**ATTORNEYS FOR DEFENDANT,
LG ELECTRONICS MOBILECOMM
U.S.A., INC.**

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served this 2nd day of December, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served via electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux