IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS, et al<br>        Defendants | CASE NO. 6:08cv341 (LED)<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

Notice is hereby given that attorney Robert Christopher Bunt enters his appearance in this matter as additional counsel for Plaintiff, Klausner Technologies, Inc., for the purpose of receiving notices from the Court.

Dated: December 3, 2008        Respectfully submitted,

                                      /s/ *Robert Christopher Bunt*
                                      ROBERT CHRISTOPHER BUNT
                                      State Bar No. 00787165
                                      PARKER, BUNT & AINSWORTH, P.C.
                                      100 E. Ferguson, Suite 1114
                                      Tyler, TX 75702
                                      Telephone: 903/531-3535
                                      Facsimile: 903/533-9687
                                      E-mail: rcbunt@pbatyler.com

                                      ATTORNEYS FOR KLAUSNER
                                      TECHNOLOGIES, INC., PLAINTIFF

## **CERTIFICATE OF SERVICE**

       I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 3rd day of December, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                             */s/ Robert Christopher Bunt*
                                             ROBERT CHRISTOPHER BUNT