IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS, et al<br>Defendants | CASE NO. 6:08cv341 (LED)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Charles Ainsworth enters his appearance in this matter as additional counsel for Plaintiff, Klausner Technologies, Inc., for the purpose of receiving notices from the Court.

Dated:  December 3, 2008              Respectfully submitted,

/s/ *Charles Ainsworth*
CHARLES AINSWORTH
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX  75702
Telephone:  903/531-3535
Facsimile: 903/533-9687
E-mail: charley@pbatyler.com

ATTORNEYS FOR KLAUSNER
TECHNOLOGIES, INC., PLAINTIFF

## **CERTIFICATE OF SERVICE**

       I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 3rd day of December, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                     /s/ *Charles Ainsworth*
                                       CHARLES AINSWORTH