## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.** | **6:08-cv-00341-LED** |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| **VERIZON WIRELESS (CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS), VERIZON DATA SERVICES LLC, BELL ATLANTIC COMMUNICATIONS, INC., CITRIX SYSTEMS, INC., COMVERSE, INC., COX COMMUNICATIONS, INC., EMBARQ COMMUNICATIONS, INC., GOOGLE INC., GRANDCENTRAL COMMUNICATIONS, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., PHONEFUSION, INC., RING CENTRAL, INC.,** | |
| Defendants. | |

### CORPORATE DISCLOSURE OF GRANDCENTRAL COMMUNICATIONS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant GrandCentral Communications, Inc. ("GrandCentral") certifies that Google Inc. is the parent of GrandCentral and that Google Inc. owns more than 10% of GrandCentral's stock.

1

Dated:  December 3, 2008                    Respectfully submitted,

                                                          By:  */s/ Nicholas H. Patton*
                                                              Nicholas H. Patton (SBN 15631000)
nickpatton@texarkanalaw.com
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Blvd.
Texarkana, TX 75503
Telephone:  (903) 792-7080
Facsimile:   (903) 792-8233

Ruffin B. Cordell (Bar No. 04820550)
*Lead Attorney*
cordell@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

John W. Thornburgh *(pro hac vice)*
thornburgh@fr.com
Brian Wacter *(pro hac vice)*
wacter@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendant
GrandCentral Communications, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail this 3rd day of December 2008.

                                                        */s/ Nicholas H. Patton*
                                                        Nicholas H. Patton