IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| KLAUSNER TECHNOLOGIES, INC., a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 6:08-cv-341 (LED) <br><br> (JURY TRIAL) |
|---|---|---|

## PLAINTIFF KLAUSNER TECHNOLOGIES, INC.'S REPLY TO COUNTERCLAIMS OF GRANDCENTRAL COMMUNICATIONS, INC.

Plaintiff Klausner Technologies, Inc. ("Klausner") hereby answers the counterclaims of Defendant GrandCentral Communications, Inc. ("GrandCentral"). The paragraphs in this reply are numbered to correspond with the paragraph numbers in GrandCentral's counterclaims; accordingly, the first numbered paragraph is number 36. All of the allegations of the counterclaims not specifically admitted herein are specifically denied.

## The Parties

36. Upon information and belief, Klausner admits the allegations contained in paragraph 36 of GrandCentral's counterclaims.

37. Klausner admits the allegations contained in paragraph 37 of GrandCentral's counterclaims.

38. Klausner admits the allegations contained in paragraph 38 of GrandCentral's counterclaims.

39. Klausner admits the allegations contained in paragraph 39 of GrandCentral's counterclaims.

## Jurisdiction

40. Klausner admits that this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

41. Klausner admits the allegations contained in paragraph 41 of GrandCentral's counterclaims.

## Venue

42. Klausner admits that venue over these counterclaims is proper in this District Court.

## Count 1: Declaratory Relief Regarding the '576 Patent

43. Klausner admits the allegations contained in paragraph 43 of GrandCentral's counterclaims.

44. Klausner denies the allegations contained in paragraph 44 of GrandCentral's counterclaims.

45. Klausner denies the allegations contained in paragraph 45 of GrandCentral's counterclaims.

## Count 2: Declaratory Relief Regarding the '818 Patent

46. Klausner admits the allegations contained in paragraph 46 of GrandCentral's counterclaims.

47. Klausner denies the allegations contained in paragraph 47 of GrandCentral's counterclaims.

48. Klausner denies the allegations contained in paragraph 48 of GrandCentral's counterclaims.

## **Prayer for Judgment**

Klausner denies that GrandCentral is entitled to the judgment it seeks or any relief for the allegations made in its counterclaims.

## **Jury Demand**

Klausner demands trial by jury of all issues.

Dated: December 10, 2008

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
    S. Calvin Capshaw
    State Bar No. 03783900
    Elizabeth L. DeRieux
    State Bar No. 05770585
    N. Claire Abernathy
    State Bar No. 24053063
    CAPSHAW DERIEUX, LLP
    1127 Judson Road, Suite 220
    Longview, Texas 75601
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787
    E-mail: ccapshaw@capshawlaw.com
    E-mail: ederieux@capshawlaw.com
    E-mail: chenry@capshawlaw.com

Gregory S. Dovel
California State Bar No. 135387
Sean A. Luner
California State Bar No. 165443
Christin K. Cho
California State Bar No. 238173
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 657-7069
E-mail: greg@dovellaw.com
E-mail: luner@dovellaw.com
E-mail: christin@dovellaw.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Phone: (903) 531-3535
Fax: (903) 533-9687
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com

**ATTORNEYS FOR PLAINTIFF,
KLAUSNER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of December, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served via electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux

4