IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC. § | |
|     Plaintiff, § | |
| § | Civil Action No. 6:08-CV-00341-LED |
| v. § | JURY TRIAL DEMANDED |
| § | |
| VERIZON WIRELESS, ET AL § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND**

Defendant RingCentral, Inc. ("RingCentral") moves the Court to extend the deadline to answer or otherwise respond to the Original Complaint until January 2, 2009.

The Original Complaint was filed on August 26, 2008. Plaintiff Klausner Technologies, Inc. and RingCentral have agreed to extend the deadline to answer or otherwise respond to the Original Complaint to January 2, 2009.

RingCentral seeks this extension of time not for delay but for good cause and that justice may be served.

WHEREFORE, Defendant RingCentral, Inc. requests this Court to extend the deadline to answer or otherwise respond to the Original Complaint to January 2, 2009.

Respectfully submitted,

_____
Scott Stevens
State Bar No. 00792024
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com

Attorney for Defendant
RingCentral, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 15th day of December, 2008.

_____
Scott E. Stevens