# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:08-CV-00341-LED |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| **VERIZON WIRELESS (CELLCO** ) | |
| **PARTNERSHIP d/b/a VERIZON** ) | |
| **WIRELESS), et al.,** ) | |
| ) | |
| Defendants. ) | |

## EMBARQ COMMUNICATIONS, INC.'S THIRD
## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
## OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Embarq Communications, Inc. ("Embarq") moves the Court to extend the deadline to answer or otherwise respond to the Original complaint until January 17, 2009.

The original Complaint was filed on August 26, 2008. Plaintiff Klausner Technologies, Inc. and Embarq agreed to extend the deadline to answer or otherwise respond to the Original Complaint to December 17, 2008.

This third request for an extension of time is not for delay but for good cause and so that justice may be served.

WHEREFORE, Embarq requests that this Court extend the deadline to answer or otherwise respond to the Original Complaint to January 17, 2009.

**EMBARQ'S THIRD UNOPPOSED MOTION TO EXTEND TIME TO**
**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

1.

Respectfully submitted,

    /s/Mark C. Nelson
Mark C. Nelson  (Lead Attorney)
Texas State Bar No. 00793361
Darin W. Deaver
Texas State Bar No. 24040779
Christopher W. Reynolds
Texas State Bar No. 24051247
Sonnenschein Nath & Rosenthal LLP
1717 Main Street, Suite 3400
Dallas, Texas   75201-7395
Telephone:  (214) 259-0901
Facsimile:    (214) 259-0910
Email:  mcnelson@sonnenschein.com
ddeaver@sonnenschein.com
creynolds@sonnenschein.com

**ATTORNEYS FOR DEFENDANT
EMBARQ COMMUNICATIONS, INC.**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2008 I electronically filed the foregoing:

**EMBARQ COMMUNICATIONS, INC.'S THIRD
UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

with the Clerk of the Court by using the CM/ECF System which will serve all counsel of record by

notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D).



    /s/Mark C. Nelson
Mark C. Nelson

14765571