IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KLAUSNER TECHNOLOGIES, INC. | § | |
|     Plaintiff, | § | |
| | § | Civil Action No. 6:08-CV-00341-LED |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| VERIZON WIRELESS, ET AL | § | |

### ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

Before the Court is Defendant RingCentral, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Original Complaint. This Court finds that the Motion should be GRANTED. It is therefore

ORDERED that the deadline for Defendant RingCentral, Inc. to answer or otherwise respond to Klausner Technologies, Inc.'s Original Complaint is extended to and including January 2, 2009.

**So ORDERED and SIGNED this 17th day of December, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**