# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:08-CV-00341-LED |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| **VERIZON WIRELESS (CELLCO** ) | |
| **PARTNERSHIP d/b/a VERIZON** ) | |
| **WIRELESS), et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING DEFENDANT EMBARQ COMMUNICATIONS, INC.'S THIRD UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER <u>OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT</u>

Before the Court is Defendant Embarq Communications, Inc.'s ("Embarq"), Third Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Having considered the Motion, the Court finds, that it is GRANTED.

IT IS THEREFORE ORDERED that the deadline for Embarq to answer, plead, or otherwise respond to Plaintiff's Complaint is January 17, 2009.

**So ORDERED and SIGNED this 17th day of December, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**