## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.**<br>a New York corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>**VERIZON WIRELESS,**<br>**VERIZON DATA SERVICES LLC,**<br>**GOOGLE, INC., GRANDCENTRAL**<br>**COMMUNICATIONS, INC., LG ELECTRONICS**<br>**MOBILECOMM U.S.A., INC.,**<br>**PHONEFUSION, INC.,**<br>**RINGCENTRAL, INC.,**<br>**BELL ATLANTIC COMMUNICATIONS, INC.,**<br>**CITRIX SYSTEMS, INC.,**<br>**COMVERSE, INC.,**<br>**COX COMMUNICATIONS, INC.,**<br>**EMBARQ COMMUNICATIONS INC.,**<br><br>  **Defendants.** | Civil Action No. 6:08-cv-341-LED<br><br>DEMAND FOR JURY TRIAL |

### DEFENDANT CITRIX SYSTEMS, INC.'S
### UNOPPOSED MOTION FOR SIXTH EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Citrix Systems, Inc. ("Citrix") files this Unopposed Motion for Sixth Extension of Time to Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

Citrix has requested and Plaintiff has agreed to an additional extension of Citrix's time to respond to Plaintiff's Complaint up to and including **January 16, 2009**.

A proposed Order granting this agreed motion is attached for the Court's convenience.

**DEFENDANT CITRIX SYSTEMS, INC.'S UNOPPOSED MOTION FOR**
**SIXTH EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT – Page 1**

Dated: December 30, 2008                    Respectfully submitted,

                                            FISH & RICHARDSON P.C.


                                            By: /s/ Neil J. McNabnay
                                                Neil J. McNabnay
                                                mcnabnay@fr.com
                                                Texas Bar No. 24002583
                                                1717 Main Street, Suite 5000
                                                Dallas, TX 75201
                                                (214) 747-5070 (Telephone)
                                                (214) 747-2091 (Facsimile)

                                            Counsel for Defendant
                                            **CITRIX SYSTEMS, INC.**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 30, 2008 to all counsel of record.

                                            /s/ Neil J. McNabnay
                                            Neil J. McNabnay


90324048.doc