IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC. § | |
| Plaintiff, § | |
| § | Civil Action No. 6:08-CV-00341-LED |
| v. § | JURY TRIAL DEMANDED |
| § | |
| VERIZON WIRELESS, VERIZON DATA § | |
| SERVICES, LLC, BELL ATLANTIC § | |
| COMMUNICATIONS, INC., CITRIX § | |
| SYSTEMS, INC., COMVERSE, INC. § | |
| COX COMMUNICATIONS, INC. § | |
| GOOGLE, INC., GRANDCENTRAL § | |
| COMMUNICATIONS, INC., LG § | |
| ELECTRONICS MOBILECOMM USA, INC., § | |
| PHONEFUSION, INC., and § | |
| RINGCENTRAL, INC. § | |

## F.R.C.P. RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant RingCentral, Inc. certifies that to the best of my knowledge and belief, based on the information supplied to me, RingCentral, Inc. has no parent corporation and no publicly held corporation owns 10% or more of RingCentral, Inc. stock.

Respectfully submitted,

_____
Scott Stevens
State Bar No. 00792024
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com

Attorney for Defendant
RingCentral, Inc.

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 2nd day of January, 2009.

_____
Scott E. Stevens