## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.**<br>**a New York corporation,**<br><br>   **Plaintiff,**<br><br>    **v.**<br><br>**VERIZON WIRELESS,**<br>**VERIZON DATA SERVICES LLC,**<br>**GOOGLE, INC., GRANDCENTRAL**<br>**COMMUNICATIONS, INC., LG ELECTRONICS**<br>**MOBILECOMM U.S.A., INC.,**<br>**PHONEFUSION, INC.,**<br>**RINGCENTRAL, INC.,**<br>**BELL ATLANTIC COMMUNICATIONS, INC.,**<br>**CITRIX SYSTEMS, INC.,**<br>**COMVERSE, INC.,**<br>**COX COMMUNICATIONS, INC.,**<br>**EMBARQ COMMUNICATIONS INC.,**<br><br>   **Defendants.** | **Civil Action No. 6:08-cv-341-LED**<br><br>**DEMAND FOR JURY TRIAL** |

### ORDER GRANTING DEFENDANT CITRIX SYSTEMS, INC.'S
### UNOPPOSED MOTION FOR SIXTH EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

The Court, having considered Defendant Citrix Systems, Inc. ("Citrix")

Unopposed Motion for Sixth Extension of Time to Respond to Plaintiff's Complaint,

hereby GRANTS said Motion. It is therefore ORDERED that Citrix is granted an

additional extension of time to respond to Plaintiff's Complaint up to and including

**January 16, 2009**.

   **So ORDERED and SIGNED this 5th day of January, 2009.**



   **LEONARD DAVIS**
   **UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com