# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.** a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> **VERIZON WIRELESS, VERIZON DATA SERVICES LLC, GOOGLE, INC., GRANDCENTRAL COMMUNICATIONS, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., PHONEFUSION, INC., RINGCENTRAL, INC., BELL ATLANTIC COMMUNICATIONS, INC., CITRIX SYSTEMS, INC., COMVERSE, INC., COX COMMUNICATIONS, INC., EMBARQ COMMUNICATIONS INC.,** <br><br> **Defendants.** | Civil Action No. 6:08-cv-341-LED <br><br> DEMAND FOR JURY TRIAL |

### DEFENDANT CITRIX SYSTEMS, INC.'S
### UNOPPOSED MOTION FOR SEVENTH EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Citrix Systems, Inc. ("Citrix") files this Unopposed Motion for Seventh Extension of Time to Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

Citrix has requested and Plaintiff has agreed to an additional extension of Citrix's time to respond to Plaintiff's Complaint up to and including **January 30, 2009**.

A proposed Order granting this agreed motion is attached for the Court's convenience.

**DEFENDANT CITRIX SYSTEMS, INC.'S UNOPPOSED MOTION FOR
SEVENTH EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT – Page 1**

Dated: January 15, 2009                Respectfully submitted,

                                       FISH & RICHARDSON P.C.


                                       By: /s/ Neil J. McNabnay
                                           Neil J. McNabnay
                                           mcnabnay@fr.com
                                           Texas Bar No. 24002583
                                           1717 Main Street, Suite 5000
                                           Dallas, TX  75201
                                           (214) 747-5070 (Telephone)
                                           (214) 747-2091 (Facsimile)

                                       Counsel for Defendant
                                       **CITRIX SYSTEMS, INC.**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 15, 2009 to all counsel of record.

                                       /s/ Neil J. McNabnay
                                       Neil J. McNabnay


90326175.doc