# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 6:08-CV-00341-LED |
| ) | |
| **v.** ) | **JURY TRIAL DEMANDED** |
| ) | |
| **VERIZON WIRELESS (CELLCO** ) | |
| **PARTNERSHIP d/b/a VERIZON** ) | |
| **WIRELESS), et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### EMBARQ COMMUNICATIONS, INC.'S FOURTH
### UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
### OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Embarq Communications, Inc. ("Embarq") moves the Court to extend the deadline to answer or otherwise respond to the Plaintiff's Complaint until January 31, 2009, and would respectfully show the Court as follows:

Embarq requested and Plaintiff agreed to extend the deadline to answer or otherwise respond to the Plaintiff's Complaint up to and including January 31, 2009.

This fourth request for an extension of time is not for delay but for good cause and so that justice may be served.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

**EMBARQ'S FOURTH UNOPPOSED MOTION TO EXTEND TIME TO**
**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Respectfully submitted,

    /s/Mark C. Nelson
Mark C. Nelson (Lead Attorney)
Texas State Bar No. 00793361
Darin W. Deaver
Texas State Bar No. 24040779
Christopher W. Reynolds
Texas State Bar No. 24051247
Sonnenschein Nath & Rosenthal LLP
1717 Main Street, Suite 3400
Dallas, Texas 75201-7395
Telephone: (214) 259-0901
Facsimile: (214) 259-0910
Email: mcnelson@sonnenschein.com
       ddeaver@sonnenschein.com
       creynolds@sonnenschein.com

**ATTORNEYS FOR DEFENDANT
EMBARQ COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2009 I electronically filed the foregoing:

**EMBARQ COMMUNICATIONS, INC.'S FOURTH
UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

with the Clerk of the Court by using the CM/ECF System which will serve all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D).

    /s/Darin Deaver
Darin W. Deaver

14771233

**EMBARQ'S FOURTH UNOPPOSED MOTION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
2.