IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Klausner Technologies, Inc.<br><br>Plaintiff<br><br>v.<br><br>Verizon Wireless, (Cellco Partnership d/b/a/ Verizon Wireless), Verizon Data Services, LLC, Bell Atlantic Communications, Inc., Citrix Systems, Inc. Comverse, Inc., Cox Communications, Inc. Embarq Communications, Inc., GrandCentral Communications, Inc. LG Electronics Mobilecomm U.S.A., Inc. PhoneFusion, Inc., RingCentral, Inc.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 6:08-CV-341 (LED)<br>JURY TRIAL DEMANDED |

**NOTICE OF CHANGE OF CONTACT INFORMATION**

PLEASE TAKE NOTICE that the contact information of Eric H. Findlay, counsel for Defendant, Comverse, Inc. has been changed to:


**Findlay Craft**
**6760 Old Jacksonville Hwy**
**Suite 101**
**Tyler, TX 75703**
**903/534-1100**
**903/534-1137 FAX**
**efindlay@findlaycraft.com**


**Dated: January 20, 2009**

**Respectfully submitted,**


**/s/ Eric H. Findlay**
**Eric H. Findlay**
**Texas State Bar No. 00789886**
**Findlay Craft**
**6760 Old Jacksonville**
**Suite 101**

**Tyler, TX 75703**
**903/534-1100**
**903/534-1137 FAX**
**efindlay@findlaycraft.com**

**Certificate of Service**

I hereby certify that on this the 20th day of January, 2009, a true and correct copy of the foregoing instrument was served upon all parties via electronic mail.

/s/ Eric H. Findlay
Eric H. Findlay