IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC. a New York corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>VERIZON WIRELESS,<br>VERIZON DATA SERVICES LLC,<br>GOOGLE, INC., GRANDCENTRAL<br>COMMUNICATIONS, INC., LG ELECTRONICS<br>MOBILECOMM U.S.A., INC.,<br>PHONEFUSION, INC.,<br>RINGCENTRAL, INC.,<br>BELL ATLANTIC COMMUNICATIONS, INC.,<br>CITRIX SYSTEMS, INC.,<br>COMVERSE, INC.,<br>COX COMMUNICATIONS, INC.,<br>EMBARQ COMMUNICATIONS INC.,<br><br>   Defendants. | Civil Action No. 6:08-cv-341-LED<br><br>DEMAND FOR JURY TRIAL |

### DEFENDANT CITRIX SYSTEMS, INC.'S
### UNOPPOSED MOTION FOR EIGHTH EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Citrix Systems, Inc. ("Citrix") files this Unopposed Motion for Eighth Extension of Time to Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

Citrix has requested and Plaintiff has agreed to an additional extension of Citrix's time to respond to Plaintiff's Complaint up to and including **February 13, 2009**.

A proposed Order granting this agreed motion is attached for the Court's convenience.

DEFENDANT CITRIX SYSTEMS, INC.'S UNOPPOSED MOTION FOR
EIGHTH EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT – Page 1

Dockets.Justia.com

Dated: January 29, 2009                    Respectfully submitted,

                                           FISH & RICHARDSON P.C.


                                           By: /s/ Neil J. McNabnay
                                               Neil J. McNabnay
                                               mcnabnay@fr.com
                                               Texas Bar No. 24002583
                                               1717 Main Street, Suite 5000
                                               Dallas, TX 75201
                                               (214) 747-5070 (Telephone)
                                               (214) 747-2091 (Facsimile)

                                           Counsel for Defendant
                                           **CITRIX SYSTEMS, INC.**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 29, 2009 to all counsel of record.

                                           /s/ Neil J. McNabnay
                                           Neil J. McNabnay


90328785.doc