# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:08-CV-00341-LED |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| **VERIZON WIRELESS (CELLCO** ) | |
| **PARTNERSHIP d/b/a VERIZON** ) | |
| **WIRELESS), et al.,** ) | |
| ) | |
| Defendants. ) | |

### EMBARQ COMMUNICATIONS, INC.'S AMENDED FIFTH UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Embarq Communications, Inc. ("Embarq") moves the Court to extend the deadline to answer or otherwise respond to the Plaintiff's Complaint until March 4, 2009, and would respectfully show the Court as follows:

Embarq requested and Plaintiff agreed to extend the deadline to answer or otherwise respond to the Plaintiff's Complaint up to and including March 4, 2009.

This amended fifth request for an extension of time is not for delay but for good cause and so that justice may be served.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

Respectfully submitted,

       /s/Mark C. Nelson
      Mark C. Nelson (Lead Attorney)
      Texas State Bar No. 00793361
      Darin W. Deaver
      Texas State Bar No. 24040779
      Christopher W. Reynolds
      Texas State Bar No. 24051247
      Sonnenschein Nath & Rosenthal LLP
      1717 Main Street, Suite 3400
      Dallas, Texas 75201-7395
      Telephone: (214) 259-0901
      Facsimile: (214) 259-0910
      Email: mcnelson@sonnenschein.com
         ddeaver@sonnenschein.com
         creynolds@sonnenschein.com

      **ATTORNEYS FOR DEFENDANT**
      **EMBARQ COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2009 I electronically filed the foregoing:

**EMBARQ COMMUNICATIONS, INC.'S AMENDED FIFTH**
**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER**
**OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

with the Clerk of the Court by using the CM/ECF System which will serve all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D).

        /s/Darin Deaver
        Darin W. Deaver

14774132

**EMBARQ'S AMENDED FIFTH UNOPPOSED MOTION TO EXTEND TIME TO**
**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
2.