IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KLAUSNER TECHNOLOGIES, INC. | § | |
| | § | |
| Plaintiffs | § | |
| | § | 6:08-CV-341-LED |
| vs. | § | JURY |
| | § | |
| VERIZON WIRELESS (CELLCO | § | |
| PARTNERSHIP d/b/a VERIZON | § | |
| WIRELESS) ET AL | § | |

## NOTICE OF ATTORNEY APPEARANCE

Defendant Comverse, Inc. files this Notice of Appearance and hereby notifies the Court that Deron R. Dacus, of the law firm Ramey & Flock, P.C., 100 East Ferguson, Suite 500, Tyler, Texas 75702, Telephone (903) 597-3301, Fax (903) 597-2413, e-mail: ddacus@rameyflock.com is appearing as counsel for Defendant Comverse, Inc. in the above-referenced matter. In connection with this notice, Mr. Dacus requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
**RAMEY & FLOCK, P.C.**
100 East Ferguson, Suite 500
Tyler, TX 75702
903-597-3301
FAX: 903-597-2413
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 5th day of February, 2009.

*/s/ Deron R. Dacus*
Deron R. Dacus