IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC. a New York corporation,<br><br>  Plaintiff,<br><br>    v.<br><br>VERIZON WIRELESS,<br>VERIZON DATA SERVICES LLC,<br>GOOGLE, INC., GRANDCENTRAL<br>COMMUNICATIONS, INC., LG ELECTRONICS<br>MOBILECOMM U.S.A., INC.,<br>PHONEFUSION, INC.,<br>RINGCENTRAL, INC.,<br>BELL ATLANTIC COMMUNICATIONS, INC.,<br>CITRIX SYSTEMS, INC.,<br>COMVERSE, INC.,<br>COX COMMUNICATIONS, INC.,<br>EMBARQ COMMUNICATIONS INC.,<br><br>  Defendants. | Civil Action No. 6:08-cv-341-LED<br><br>DEMAND FOR JURY TRIAL |

### DEFENDANT CITRIX SYSTEMS, INC.'S
### UNOPPOSED MOTION FOR NINTH EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Citrix Systems, Inc. ("Citrix") files this Unopposed Motion for Ninth Extension of Time to Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

Citrix has requested and Plaintiff has agreed to an additional extension of Citrix's time to respond to Plaintiff's Complaint up to and including **March 13, 2009**.

A proposed Order granting this agreed motion is attached for the Court's convenience.

**DEFENDANT CITRIX SYSTEMS, INC.'S UNOPPOSED MOTION FOR
NINTH EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT – Page 1**

Dated: February 12, 2009                    Respectfully submitted,

                                            FISH & RICHARDSON P.C.


                                            By: /s/ Neil J. McNabnay
                                                Neil J. McNabnay
                                                mcnabnay@fr.com
                                                Texas Bar No. 24002583
                                                1717 Main Street, Suite 5000
                                                Dallas, TX  75201
                                                (214) 747-5070 (Telephone)
                                                (214) 747-2091 (Facsimile)

                                            Counsel for Defendant
                                            **CITRIX SYSTEMS, INC.**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 12, 2009 to all counsel of record.

                                            /s/ Neil J. McNabnay
                                            Neil J. McNabnay


90332491.doc