# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC. a New York corporation,<br><br>　Plaintiff,<br><br>　　v.<br><br>VERIZON WIRELESS,<br>VERIZON DATA SERVICES LLC,<br>GOOGLE, INC., GRANDCENTRAL COMMUNICATIONS, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br>PHONEFUSION, INC.,<br>RINGCENTRAL, INC.,<br>BELL ATLANTIC COMMUNICATIONS, INC.,<br>CITRIX SYSTEMS, INC.,<br>COMVERSE, INC.,<br>COX COMMUNICATIONS, INC.,<br>EMBARQ COMMUNICATIONS INC.,<br><br>　Defendants. | Civil Action No. 6:08-cv-341-LED<br><br>DEMAND FOR JURY TRIAL |

## ORDER GRANTING DEFENDANT CITRIX SYSTEMS, INC.'S UNOPPOSED MOTION FOR NINTH EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

The Court, having considered Defendant Citrix Systems, Inc. ("Citrix") Unopposed Motion for Ninth Extension of Time to Respond to Plaintiff's Complaint, hereby GRANTS said Motion. It is therefore ORDERED that Citrix is granted an additional extension of time to respond to Plaintiff's Complaint up to and including **March 13, 2009**.

So ORDERED and SIGNED this 13th day of February, 2009.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**