IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS, (CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS), VERIZON DATE SERVICES, LLC, BELL ATLANTIC COMMUNICATIONS, INC., CITRIX SYSTEMS, INC., COMVERSE, INC., COX COMMUNICATIONS, INC., EMBARQ COMMUNICATIONS, INC., GRANDCENTRAL COMMUNICATIONS, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., PHONEFUSION, INC., AND RINGCENTRAL, INC.<br><br>　　Defendants. | Civil Action No. 6:08-CV-341 (LED) |

## UNOPPOSED MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

Attorney Eric H. Findlay files this motion to withdraw as counsel for Comverse, Inc. Comverse is currently represented by Deron Dacus of Ramey & Flock, P.C. law firm and will not be prejudiced by this withdrawal.

Dated: February 23, 2009　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Eric H. Findlay
　　　　　　　　　　　　　　　　　　　　　　Eric H. Findlay
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00789886
　　　　　　　　　　　　　　　　　　　　　　Findlay Craft, LLP
　　　　　　　　　　　　　　　　　　　　　　6760 Old Jacksonville
　　　　　　　　　　　　　　　　　　　　　　Suite 101

Tyler, TX 75703
903/534-1100
903/534-1137 FAX
[efindlay@findlaycraft.com](mailto:efindlay@findlaycraft.com)

## **Certificate of Service**

I hereby certify that on this the 23rd day of February, 2009, a true and correct copy of the foregoing instrument was served upon the following via electronic mail.

 /s/ Eric H. Findlay
Eric H. Findlay