IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC.<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS, (CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS), VERIZON DATE SERVICES, LLC, BELL ATLANTIC COMMUNICATIONS, INC., CITRIX SYSTEMS, INC., COMVERSE, INC., COX COMMUNICATIONS, INC., EMBARQ COMMUNICATIONS, INC., GRANDCENTRAL COMMUNICATIONS, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., PHONEFUSION, INC., AND RINGCENTRAL, INC.<br><br>    Defendants. | Civil Action No. 6:08-CV-341 (LED) |

## **ORDER ON UNOPPOSED MOTION TO WITHDRAW**

Before the Court is Attorney Eric H. Findlay's Unopposed Motion to Withdraw as counsel for Comverse, Inc. Finding that Comverse will not be prejudiced by this withdrawal, the Court hereby GRANTS this motion.

**So ORDERED and SIGNED this 24th day of February, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**