# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 6:08-CV-00341-LED |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| **VERIZON WIRELESS (CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS), et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANT EMBARQ COMMUNICATIONS, INC.'S SIXTH UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Defendant Embarq Communications, Inc.'s ("Embarq"), Sixth Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Having considered the Motion, the Court finds, that it is GRANTED.

IT IS THEREFORE ORDERED that the deadline for Embarq to answer, plead, or otherwise respond to Plaintiff's Complaint is April 20, 2009.

**So ORDERED and SIGNED this 2nd day of March, 2009.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

14779547

**ORDER EXTENDING TIME TO**
**ANSWER OR OTHERWISE RESPOND**

1.