IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | Case No. 6-08cv–341<br><br>(JURY TRIAL) |

## AGREED MOTION TO DISMISS

NOW COMES the Plaintiff Klausner Technologies, Inc., on the one hand, and Defendants Google, Inc. and GrandCentral Communications, Inc. (collectively "Google"), on the other hand, and respectfully move the Court to dismiss this cause of action between them, and in support thereof would respectfully show the Court as follows:

All matters in controversy between Klausner Technologies, Inc. and Google have been settled and compromised, and these parties therefore jointly move to dismiss all causes of action asserted or which could have been asserted in this suit, with prejudice to the right to pursue any

such claims in the future. These parties further move that all costs of court be assessed against the party who incurred them.

    WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that this action be dismissed with prejudice between them, with all costs of court being assessed against the party who incurred them.

Dated: March 5, 2009

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
    S. Calvin Capshaw
    State Bar No. 03783900
    Elizabeth L. DeRieux
    State Bar No. 05770585
    Brown McCarroll, L.L.P.
    1127 Judson Road, Suite 220
    Longview, TX 75601
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787
    Email: ccapshaw@mailbmc.com
    Email: ederieux@mailbmc.com

    Gregory S. Dovel
    State Bar No. 135387
    Sean A. Luner
    State Bar No. 165443
    Dovel & Luner, LLP
    201 Santa Monica Blvd., Suite 600
    Santa Monica, CA 90401
    Telephone: 310-656-7066
    Facsimile: 310-657-7069
    Email: greg@dovellaw.com

    ATTORNEYS FOR PLAINTIFF,
    KLAUSNER TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 5th day of March, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                        /s/ Elizabeth L. DeRieux
                        Elizabeth L. DeRieux