# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| KLAUSNER TECHNOLOGIES, INC., a New York corporation, | § § § § § § § | C.A. No. 6:08-cv-341 (LED) |
| --- | --- | --- |
| Plaintiff, | | (JURY TRIAL) |
| vs. | | |
| Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation, | | |
| Defendants. | | |

## JOINT MOTION TO DISMISS

NOW COMES the Plaintiff Klausner Technologies, Inc. and Defendant Citrix Systems, Inc., and respectfully move the Court to dismiss this cause of action between them, and in support thereof would respectfully show the Court as follows:

All matters in controversy between Klausner Technologies, Inc. and Citrix Systems, Inc. have been settled and compromised, and these parties therefore jointly move to dismiss all causes of action asserted or which could have been asserted in this suit, with prejudice to the right to pursue any such claims in the future, provided, however, if Citrix is sued for infringement of the patents-in-suit – *i.e.* U.S. Patent Nos. 5,572,576 and 5,283, 818 – Citrix may

challenge infringement as well as the scope, ownership, inventorship, validity and unenforceability of the patents.

These parties further move that all costs of court be assessed against the party who incurred them.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that this action be dismissed with prejudice between them, with all costs of court being assessed against the party who incurred them.

Dated: March 12, 2009

Respectfully submitted,

By: */s/ Elizabeth L. DeRieux*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capdshawlaw.com

Gregory S. Dovel
State Bar No. 135387
Sean A. Luner
State Bar No. 165443
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: greg@dovellaw.com
E-mail: sean@dovellaw.com

**ATTORNEYS FOR PLAINTIFF,
KLAUSNER TECHNOLOGIES, INC.**

By: */s/ Neil J. McNabnay (by permission ELD)*
Thomas M. Melsheimer
E-mail: txm@fr.com
Texas Bar No. 13922550
Neil J. McNabnay
Email: njm@fr.com
Texas Bar No. 24002583
Thomas H. Reger II
E-mail: thr@fr.com
Texas Bar No. 24032992
Timothy K. Brown
E-mail: tkb@fr.com
Texas Bar No. 24043575
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

**COUNSEL FOR DEFENDANT,
CITRIX SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 12th day of March, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux