IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation,<br><br>Defendants. | C.A. No. 6:08-cv-341 (LED)<br><br>(JURY TRIAL) |

## ORDER OF DISMISSAL WITH PREDJUDICE

CAME ON THIS DAY for consideration the Joint Motion of the parties Plaintiff Klausner Technologies, Inc. and Defendant Citrix Systems Inc. to dismiss with prejudice all claims asserted or which could have been asserted by either party between them, and the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit between Plaintiff Klausner Technologies, Inc. and Defendant Citrix Systems, Inc. are

hereby dismissed with prejudice to the right of these parties to assert in the future any such claims or any claims which could have been asserted in this suit, provided, however, if Citrix is sued for infringement of the patents-in-suit – *i.e.* U.S. Patent Nos. 5,572,576 and 5,283,818 – Citrix may challenge infringement as well as the scope, ownership, inventorship, validity and unenforceability of the patents.

It is further ORDERED that all costs are assessed against the party who incurred them.

**So ORDERED and SIGNED this 16th day of March, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**