**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **KLAUSNER TECHNOLOGIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 6:08-CV-00341-LED** |
| | ) | |
| **v.** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **VERIZON WIRELESS (CELLCO** | ) | |
| **PARTNERSHIP d/b/a VERIZON** | ) | |
| **WIRELESS), et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**EMBARQ COMMUNICATIONS, INC.'S SEVENTH**
**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER**
**OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Embarq Communications, Inc. ("Embarq") moves the Court to extend the deadline to answer or otherwise respond to the Plaintiff's Complaint until May 20, 2009, and would respectfully show the Court as follows:

Embarq requested and Plaintiff agreed to extend the deadline to answer or otherwise respond to the Plaintiff's Complaint up to and including May 20, 2009.

This seventh request for an extension of time is not for delay but for good cause and so that justice may be served.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

**EMBARQ'S SEVENTH UNOPPOSED MOTION TO EXTEND TIME TO**
**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

1.

Respectfully submitted,

       /s/Mark C. Nelson
Mark C. Nelson  (Lead Attorney)
Texas State Bar No. 00793361
Christopher W. Reynolds
Texas State Bar No. 24051247
Sonnenschein Nath & Rosenthal LLP
2000 McKinney Ave, Suite 1900
Dallas, Texas   75201
Telephone:  (214) 259-0901
Facsimile:    (214) 259-0910
Email:  mcnelson@sonnenschein.com
         creynolds@sonnenschein.com

**ATTORNEYS FOR DEFENDANT
EMBARQ COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2009 I electronically filed the foregoing:

**EMBARQ COMMUNICATIONS, INC.'S SEVENTH
UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

with the Clerk of the Court by using the CM/ECF System which will serve all counsel of record by

notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D).

       /s/Mark C. Nelson
        Mark C. Nelson

14792768

**EMBARQ'S SEVENTH UNOPPOSED MOTION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**