# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:08-CV-00341-LED |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| **VERIZON WIRELESS (CELLCO** ) | |
| **PARTNERSHIP d/b/a VERIZON** ) | |
| **WIRELESS), et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING DEFENDANT EMBARQ COMMUNICATIONS, INC.'S SEVENTH UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO <u>ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT</u>

Before the Court is Defendant Embarq Communications, Inc.'s ("Embarq"), Seventh Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Having considered the Motion, the Court finds, that it is GRANTED.

IT IS THEREFORE ORDERED that the deadline for Embarq to answer, plead, or otherwise respond to Plaintiff's Complaint is May 20, 2009.

**So ORDERED and SIGNED this 21st day of April, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

14792771

**ORDER EXTENDING TIME TO
ANSWER OR OTHERWISE RESPOND**