## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 6:08-CV-00341-LED |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| **VERIZON WIRELESS (CELLCO** ) | |
| **PARTNERSHIP d/b/a VERIZON** ) | |
| **WIRELESS), et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### EMBARQ COMMUNICATIONS, INC.'S EIGHTH
### UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
### OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Embarq Communications, Inc. ("Embarq") moves the Court to extend the deadline to answer or otherwise respond to the Plaintiff's Complaint until June 21, 2009, and would respectfully show the Court as follows:

Embarq requested and Plaintiff agreed to extend the deadline to answer or otherwise respond to the Plaintiff's Complaint up to and including June 21, 2009.

This eighth request for an extension of time is not for delay but for good cause and so that justice may be served.

Respectfully submitted,

    /s/Mark C. Nelson
Mark C. Nelson (Lead Attorney)
Texas State Bar No. 00793361
Christopher W. Reynolds
Texas State Bar No. 24051247
Sonnenschein Nath & Rosenthal LLP
2000 McKinney Ave, Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0901
Facsimile: (214) 259-0910
Email: mcnelson@sonnenschein.com
creynolds@sonnenschein.com

**ATTORNEYS FOR DEFENDANT
EMBARQ COMMUNICATIONS, INC.**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2009 I electronically filed the foregoing:

**EMBARQ COMMUNICATIONS, INC.'S EIGHTH
UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

with the Clerk of the Court by using the CM/ECF System which will serve all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D).

    /s/Mark C. Nelson
Mark C. Nelson

14792768
**EMBARQ'S EIGHTH UNOPPOSED MOTION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
- 2 -