# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.,** )<br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> **VERIZON WIRELESS (CELLCO** ) <br> **PARTNERSHIP d/b/a VERIZON** ) <br> **WIRELESS), et al.,** ) <br>  ) <br> Defendants. ) | Civil Action No. 6:08-CV-00341-LED <br><br> JURY TRIAL DEMANDED |

### ORDER GRANTING DEFENDANT EMBARQ COMMUNICATIONS, INC.'S NINTH UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Defendant Embarq Communications, Inc.'s ("Embarq"), Ninth Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Having considered the Motion, the Court finds that it is GRANTED.

IT IS THEREFORE ORDERED that the deadline for Embarq to answer, plead, or otherwise respond to Plaintiff's Complaint is July 13, 2009.

**So ORDERED and SIGNED this 22nd day of June, 2009.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**