## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation, <br><br> Defendants. | Case No. 6:08-cv-341 (LED) <br><br> (JURY TRIAL) |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES the Plaintiff Klausner Technologies, Inc. ("Klausner") and Defendant Comverse, Inc., and respectfully move the Court to dismiss the above-captioned action between them without prejudice, and in support thereof would respectfully show the Court as follows:

Klausner and Comverse, Inc., by their undersigned counsel, hereby stipulate and agree that the Complaint in the above-captioned action be dismissed between them without prejudice, and that each party bears its own costs and fees.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that this action be dismissed without prejudice between them, without costs or fees to either Klausner or Comverse, Inc.

Dated:  June 23, 2009					Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
    S. Calvin Capshaw
    State Bar No. 03783900
    Elizabeth L. DeRieux
    State Bar No. 05770585
    N. Claire Abernathy
    State Bar No. 24053063
    **CAPSHAW DERIEUX, LLP**
    1127 Judson Road, Suite 220
    Longview, Texas  75601
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787
    E-mail: ccapshaw@capshawlaw.com
    E-mail: ederieux@capshawlaw.com
    E-mail: chenry@capshawlaw.com

    Gregory S. Dovel
    California State Bar No. 135387
    Sean A. Luner
    California State Bar No. 165443
    Christin K. Cho
    California State Bar No. 238173
    DOVEL & LUNER, LLP
    201 Santa Monica Blvd., Suite 600
    Santa Monica, California 90401
    Telephone: (310) 656-7066
    Facsimile: (310) 657-7069
    E-mail: greg@dovellaw.com
    E-mail: luner@dovellaw.com
    E-mail: christin@dovellaw.com

    **ATTORNEYS FOR PLAINTIFF, KLAUSNER TECHNOLOGIES, INC.**

By: /s/ Deron R. Dacus *by permission ELD*
    Deron R. Dacus
    State Bar No. 00790553
    **RAMEY & FLOCK**
    100 East Ferguson, Suite 500
    Tyler, Texas  75702
    Telephone: (903)597-3301
    Facsimile: (903)597-2413
    E-mail: ddacus@rameyflock.com

    Douglas W. McClellan
    State Bar No. 24027488
    Daniel J. Booth
    State Bar No. 24055196
    **WEIL, GOTSHAL & MANGES LLP**
    700 Louisiana, Suite 1600
    Houston, Texas  77002
    Telephone: (713) 546-5000
    Facsimile: (713) 224-9511
    E-mail: doug.mcclellan@weil.com
    E-mail: daniel.booth@weil.com

    **ATTORNEYS FOR DEFENDANT, COMVERSE, INC.**

## **CERTIFICATE OF SERVICE**

       I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 23rd day of June, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                       /s/ Elizabeth L. DeRieux