IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| KLAUSNER TECHNOLOGIES, INC., a New York corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>Verizon Wireless (Cellco Partnership d/b/a Verizon Wireless), a Delaware general partnership; Verizon Data Services LLC, a Delaware limited liability company; Bell Atlantic Communications, Inc., a Delaware corporation; Citrix Systems, Inc., a Delaware corporation; Comverse, Inc., a Delaware corporation; Cox Communications, Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Google Inc., a Delaware corporation; GrandCentral Communications, Inc., a Delaware corporation; LG Electronics Mobilecomm U.S.A., Inc., a California Corporation; PhoneFusion, Inc., a Delaware corporation; RingCentral, Inc., a California Corporation,<br><br>                    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 6:08-cv-341 (LED)<br><br>(JURY TRIAL) |
|---|---|---|

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

CAME ON THIS DAY for consideration the Joint Motion of the parties Plaintiff Klausner Technologies, Inc. and Defendant Comverse, Inc. to dismiss without prejudice the above-captioned action between them, and the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-captioned action is hereby dismissed, without prejudice, as between Plaintiff Klausner Technologies, Inc. and Defendant Comverse, Inc.

It is further ORDERED that no costs or fees be awarded to either party, such that each party shall bear its own costs and fees.

-2-