## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **KLAUSNER TECHNOLOGIES, INC.,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:08-CV-00341-LED |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| **VERIZON WIRELESS (CELLCO** ) | |
| **PARTNERSHIP d/b/a VERIZON** ) | |
| **WIRELESS), et al.,** ) | |
| ) | |
| Defendants. ) | |

### EMBARQ COMMUNICATIONS, INC.'S TENTH
### UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
### OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Embarq Communications, Inc. ("Embarq") moves the Court to extend the deadline to answer or otherwise respond to the Plaintiff's Complaint until July 20, 2009, and would respectfully show the Court as follows:

Embarq requested and Plaintiff agreed to extend the deadline to answer or otherwise respond to the Plaintiff's Complaint up to and including July 20, 2009.

This tenth request for an extension of time is not for delay but for good cause and so that justice may be served.

**EMBARQ'S TENTH UNOPPOSED MOTION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

- 1 -

Respectfully submitted,

       /s/Mark C. Nelson
      Mark C. Nelson (Lead Attorney)
      Texas State Bar No. 00793361
      Christopher W. Reynolds
      Texas State Bar No. 24051247
      Sonnenschein Nath & Rosenthal LLP
      2000 McKinney Ave, Suite 1900
      Dallas, Texas 75201
      Telephone: (214) 259-0901
      Facsimile: (214) 259-0910
      Email: mcnelson@sonnenschein.com
         creynolds@sonnenschein.com

      **ATTORNEYS FOR DEFENDANT**
      **EMBARQ COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2009 I electronically filed the foregoing:

**EMBARQ COMMUNICATIONS, INC.'S TENTH**
**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER**
**OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

with the Clerk of the Court by using the CM/ECF System which will serve all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D).

       /s/Mark C. Nelson
      Mark C. Nelson

14792768